**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE MARKETING PARTNERS,) <br>     Plaintiff,                            ) <br> vs.                                         ) <br>                                             ) <br> CREDITRON FINANCIAL SERVICES, ) <br>  et al.                                  ) <br>     Defendants.                      ) | C.A. No. 04-263 Erie <br><br> District Judge McLaughlin <br><br> Magistrate Judge Baxter |

**O R D E R**

AND NOW, this 5th day of July, 2005;

IT IS HEREBY ORDERED that Defendants' Motion to Compel Discovery [Document # 38] be DISMISSED AS MOOT.

                                                        S/ Susan Paradise Baxter
                                                        SUSAN PARADISE BAXTER
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE

    cc:    all parties of record (lw)