UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Plaintiff | ) ) | C.A. No.: 04 - 263 Erie |
| v. | ) ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) | |
| Defendants | ) | TRIAL BY JURY DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendants' Motion to Revise Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Discovery shall close on November 11, 2005;

2. Plaintiff's pretrial statement shall be filed by December 9, 2005;

3. Defendants' pretrial statement shall be filed by January 6, 2006;

4. Dispositive motions and supporting brief shall be filed by December 2, 2005 and responses thereto shall be filed by January 6, 2006. In all other respects, the Case Management Order of February 11, 2005 shall remain in full force and effect.

BY THE COURT,

_____