UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company,<br>    Plaintiff<br><br>v.<br><br>CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation,<br>    Defendants | C.A. No.: 04 - 263 Erie<br><br>Judge McLaughlin<br>Magistrate Judge Baxter<br><br><br><br><br>TRIAL BY JURY DEMANDED |

## ORDER

AND NOW, this 10th day of August, 2005, up on consideration of the Defendants' Motion to Revise Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Discovery shall close on November 11, 2005;

2. Plaintiff's pretrial statement shall be filed by December 9, 2005;

3. Defendants' pretrial statement shall be filed by January 6, 2006;

4. Dispositive motions and supporting brief shall be filed by December 2, 2005

and responses thereto shall be filed by January 6, 2006. In all other respects, the Case Management Order of February 11, 2005 shall remain in full force and effect.

BY THE COURT,

s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF U.S. MAGISTRATE JUDGE