IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware, limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 04-263 Erie |
| v. | ) ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) ) | **ELECTRONICALLY FILED** |
| Defendants. | ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS

NOTICE is hereby given that Plaintiff, Delaware Marketing Partners, Inc., served First Set of Interrogatories and Requests for Production of Documents to Defendants, upon Defendants via First Class Mail this 14th of September, 2005 upon their counsel of record, addressed as follows:

Craig A. Markham, Esquire
Joseph T. Messina, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA  16501-1819

Respectfully Submitted,

DICKIE, McCAMEY & CHILCOTE

By:   /s/ Steven W. Zoffer
Steven W. Zoffer, Esquire
P.A. I.D. # 62497
Attorney for Plaintiff, Delaware Marketing Partners, LLC
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 392-5497

Dated:  September 14, 2005