IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                       Plaintiff           CA No.:  04-263

                       v.           JUDGE McLAUGHLIN AND
                                                  MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,    SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MAKETING GROUP,INC.,    TRIAL BY JURY DEMANDED
a Pennsylvania corporation,

                                          **Electronically Filed**

                       Defendants

**CONSENTED TO MOTION TO REVISE
CASE MANAGEMENT ORDER**

      AND NOW, comes the Plaintiff, by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and files the following Consented to Motion to Revise Case Management Order, respectfully representing as follows:

      1.      This matter involves a contract dispute that was transferred by the U.S. District Court for the District of Delaware to this Honorable Court.

      2.      On August 10, 2005, this Court entered a Revised Case Management Order which directed that discovery conclude by November 11, 2005.

      3.      On September 14, 2005, Plaintiff served Interrogatories and Requests for Production of Documents upon Defendants.  Responses to the same are presently pending from the Defendants.

      4.      Counsel have scheduled depositions of Plaintiff's and Defendants' representatives to occur November 8 - 11, 2005.  The parties need additional time to facilitate the production of

discovery to Plaintiff and to allow Plaintiff's counsel a reasonable opportunity to review the same prior to the depositions.

5.  Further, the parties were recently advised of scheduling conflicts on the part of witnesses necessary to be deposed in this matter that require a revision to the scheduling order. In fact, one of Defendants' representatives is unable to be deposed at the time of his scheduled deposition due to illness and pending surgery.

6.  Defendant consents to this Motion to Revise Case Management Order.

7.  Plaintiff respectfully requests that this Honorable Court enter an Order revising the Case Management Order so as to provide an additional forty-five (45) days for pretrial discovery and extending all other deadlines accordingly.

WHEREFORE, the parties respectfully request that this Honorable Court issue an Order revising the Case Management Order of August 10, 2005.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By *s/ Steven W. Zoffer*
   Steven W. Zoffer, Esq. (PA ID # 62497)
   Brett W. Farrar, Esq. (PA. I.D. #79217)

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272
Attorneys for Plaintiff