IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

        Plaintiff        CA No.: 04-263

    v.        JUDGE McLAUGHLIN AND
        MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,    SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MAKETING GROUP,INC.,    TRIAL BY JURY DEMANDED
a Pennsylvania corporation,

        **Electronically Filed**

        Defendants

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the Consented to Motion to Revise Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    Discovery shall close on December 26, 2005;

    2.    Plaintiff's Pretrial Statement shall be filed by January 24, 2006;

    3.    Defendant's Pretrial Statement shall be filed by February 20, 2006;

    4.    Dispositive motions and supporting briefs shall be filed by January 17, 2006, and responses thereto shall be filed by February 6, 2006. In all other respects, the Case Management Order of February 11, 2005 shall remain in full force and effect.

        _____J.
        Susan Paradise Baxter
        Chief U.S. Magistrate Judge