LAW OFFICES OF

# DICKIE, McCAMEY & CHILCOTE
A PROFESSIONAL CORPORATION

TWO PPG PLACE, SUITE 400
PITTSBURGH, PENNSYLVANIA
15222-5402

TEL. 412-281-7272
FAX. 412-392-5367
WWW.DMCLAW.COM

Steven W. Zoffer
Attorney-at-Law
Also admitted in DC

412-392-5492
zoffers@dmclaw.com

September 14, 2005

Craig A. Markham, Esquire
Joseph T. Messina, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA 16501-1819

RE: Delaware Marketing Partners, LLC
v. Creditron Financial Services, Inc., et al.
U.S. District Court of Delaware – No. 04-CV-36
Our File No.: 0052162.0288763

Gentlemen:

Please find enclosed the original and one copy of Plaintiff's Interrogatories and Request for Production of Documents directed to Defendants in the above-referenced matter, which we respectfully request that you respond to within thirty (30) days. Also enclosed please find a Notice of Service of the same, which was filed with the Court today.

Thank you for your attention in this regard.

Very truly yours,

Steven W. Zoffer

SWZ/kj
Enclosures:
*Interrogatories and Requests for Production of Documents*
*Notice of Service*

Exhibit "A"

| HARRISBURG | PHILADELPHIA | WASHINGTON, D.C. | NEW JERSEY | NORTH CAROLINA | OHIO | WEST VIRGINIA |
|---|---|---|---|---|---|---|
| 717-731-4800 | 215-925-2289 | 888-434-5566 | 856-354-0192 | 704-334-1108 | 740-284-1682 | 304-233-1022 |