LAW OFFICES OF

# DICKIE, McCAMEY & CHILCOTE
A PROFESSIONAL CORPORATION

TWO PPG PLACE, SUITE 400
PITTSBURGH, PENNSYLVANIA
15222-5402

TEL. 412-281-7272
FAX. 412-392-5367
WWW.DMCLAW.COM

Steven W. Zoffer
Attorney-at-Law
Also admitted in DC

412-392-5492
zoffers@dmclaw.com

October 25, 2005

Craig A. Markham, Esquire
Joseph T. Messina, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA 16501-1819

RE: Delaware Marketing Partners, LLC
v. Creditron Financial Services, Inc., et al.
U.S. District Court of Delaware – No. 04-CV-36
Our File No.: 0052162.0288763

Gentlemen:

In light of the upcoming depositions of Harry Metcalf, Alan Estes and Brian Nelson in November and the close of discovery on November 11, 2005, we respectfully request that you advise as to the status of the Defendants' responses to the Interrogatories and document requests which were served upon Defendants on September 14, 2005. These responses were due October 14, 2005 but to date, remain outstanding.

Thank you for your attention in this regard.

Very truly yours,

Steven W. Zoffer

SWZ/kj

Exhibit "B"

| HARRISBURG | PHILADELPHIA | WASHINGTON, D.C. | NEW JERSEY | NORTH CAROLINA | OHIO | WEST VIRGINIA |
|---|---|---|---|---|---|---|
| 717-731-4800 | 215-925-2289 | 888-434-5566 | 856-354-0192 | 704-334-1108 | 740-284-1682 | 304-233-1022 |