IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff          CA No.: 04-263

        v.                       JUDGE McLAUGHLIN AND
                                     MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,      SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,      TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                     **Electronically Filed**

              Defendants

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2005, upon submission and consideration of the foregoing Motion to Compel Discovery, it is hereby ORDERED that the Motion be and the same is hereby GRANTED, and Defendant is ordered to respond to said discovery within fifteen (15) days or suffer further sanctions as this Court deems appropriate.

                                                  _____J.