IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING )
PARTNERS, LLC., )
 )
      Plaintiff, )
 )
      vs. ) C.A. No. 04-263 ERIE
 )
CREDITRON FINANCIAL SERVICES, )
 et al, )
 )
      Defendants. )

ORDER

      AND NOW, this 30th day of November, 2005, a Motion to Compel Discovery Responses (Doc. #47) having been filed by Plaintiff,

      IT IS HEREBY ORDERED that Defendants shall have until December 9, 2005, to file a response thereto.

      S/Susan Paradise Baxter
      Susan Paradise Baxter
      Chief U.S. Magistrate Judge

cm:  All parties of record