IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE MARKETING PARTNERS,**)<br>    Plaintiff,                      )<br>                                  )<br>vs.                               )<br>                                  )<br>**CREDITRON FINANCIAL SERVICES,** )<br> et al.                           )<br>    Defendants.                   ) | C.A. No. 04-263 Erie<br><br>District Judge McLaughlin<br><br>Magistrate Judge Baxter |

**O R D E R**

AND NOW, this 12th day of December, 2005;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery [Document # 47] be denied without prejudice. Defendants may have an additional thirty days (or until January 13, 2006) in which to finalize the responses to the remaining discovery requests. In the event that Defendants do not comply with this Order, Plaintiff should file a renewed motion to compel.

                                S/ Susan Paradise Baxter
                                SUSAN PARADISE BAXTER
                                CHIEF UNITED STATES MAGISTRATE JUDGE