UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Plaintiff | ) ) | C.A. No.: 04 - 263 Erie |
| v. | ) ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants | ) | TRIAL BY JURY DEMANDED |

## WITHDRAWAL OF APPEARANCE
## OF JOSEPH T. MESSINA, ESQUIRE

      Joseph T. Messina, Esquire, does hereby withdraw only his appearance on behalf of the Defendants.  Defendants shall continue to be represented by Craig A. Markham, Esquire.

      Respectfully submitted,

      ELDERKIN, MARTIN, KELLY & MESSINA

      By  /s/ Joseph T. Messina
          Joseph T. Messina, Esquire
          150 East Eighth Street
          Erie, Pennsylvania 16501
          (814) 456-4000