IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE MARKETING PARTNERS,**)<br>　　　　Plaintiff,　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>**CREDITRON FINANCIAL SERVICES,** )<br>　et al.　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　) | **C.A. No. 04-263 Erie**<br><br>**District Judge McLaughlin**<br><br>**Magistrate Judge Baxter** |

**O R D E R**

AND NOW, this 28th day of February, 2006;

IT IS HEREBY ORDERED that Plaintiff is directed to show cause before March 6, 2006, for its failure to file a pre-trial statement.

　　　　　　　　　　　　　　　　　　S/ Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE