IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | |
| Plaintiff | CA No.: 04-263 |
| v. | JUDGE McLAUGHLIN AND MAGISTRATE JUDGE |
| CREDITRON FINANCIAL SERVICES, INC, a Pennsylvania corporation, and, | SUSAN PARADISE BAXTER |
| TELATRON MAKETING GROUP,INC., a Pennsylvania corporation, | TRIAL BY JURY DEMANDED |
| | **Electronically Filed** |
| Defendants | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the Consented to Motion to Revise Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Discovery shall close on June 26, 2006;

2. Plaintiff's Pretrial Statement shall be filed by July 24, 2006;

3. Defendant's Pretrial Statement shall be filed by August 20, 2006;

4. Dispositive motions and supporting briefs shall be filed by July 17, 2006, and responses thereto shall be filed by August 6, 2006.  In all other respects, the Case Management Order of February 11, 2005 shall remain in full force and effect.

                                                          _____J.
                                                          Susan Paradise Baxter
                                                          Chief U.S. Magistrate Judge