IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS LLC., | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-263 Erie ) |
| CREDITRON FINANCIAL SERVICES, INC., et al, | ) ) ) |
| Defendants. | ) |

### **ORDER**

AND NOW, this 3rd Day of March, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on Friday, March 10, 2006, at 11:00 a.m. Counsel for the Plaintiff is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

      s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)