# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners LLC )
)
)
Plaintiff )
vs. )        No.        CA 04-263 Erie
Creditron Financial Services, Inc. )
Telatron Marketing Group, Inc. )
)
Defendant )

HEARING ON    March 10, 2006    Status Conference

Before    U. S. Magistrate Judge Susan Paradise Baxter

~~Brett W. Farrar, Esq.~~                    Craig A. Markham, Esq. ✓
Charles Snyderman, Esq. ✓              ~~Joseph T. Messina, Esq.~~
Steven W. Zoffer, Esq. ✓                ~~Matt Neiderman, Esq.~~

Appear for Plaintiff                          Appear for Defendant

Hearing Begun  10:57                    Hearing Adjourned to  11:12

Hearing concluded C.A.V.                Stenographer Ron Bench
                                        CD:        Index:

WITNESSES
For Plaintiff                                For Defendant

Motion to Extend Time [Document #53] is GRANTED.
- Discovery will end June 1, 2006. By June 15, 2006, the parties are to inform the Court as to whether expert discovery is needed.
- Dispositive motions are due by August 1, 2006.
- π's pretrial statement is due Aug 15, 2006 & ∆s' pretrial statement is due August 29, 2006.
- Case is tentatively scheduled for trial during the September 2006 term.

C/ander
law clerk