UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | ) ) ) ) |
| Plaintiff | ) C.A. No.: 04 - 263 Erie |
| | ) |
| v. | ) Judge McLaughlin |
| | ) Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) ) |
| Defendants | ) TRIAL BY JURY DEMANDED |

## DISCOVERY DISPUTE CERTIFICATE

Defendants, by and through counsel of record, do hereby certify that they have made a reasonable effort to reach an agreement with opposing counsel on the matters set forth in the Motion to Compel.  In particular, the Defendants have talked with Plaintiff's counsel and have sent correspondence on November 21, 2005 and on May 19, 2006.  Copies of these letters are attached hereto.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA


By  /s/ Craig A. Markham, Esquire
    Craig A. Markham, Esquire
    Attorney for Defendants
    150 East Eighth Street
    Erie, Pennsylvania 16501
    (814) 456-4000