### ELDERKIN, MARTIN, KELLY & MESSINA
ATTORNEYS AT LAW
JONES SCHOOL SQUARE
150 EAST EIGHTH STREET
ERIE, PENNSYLVANIA 16501-1269

JOSEPH T. MESSINA
KENNETH G. VASIL
JAMES H. RICHARDSON, JR.
RONALD L. SLATER
JOHN B. ENDERS
ROBERT C. LeSUER
CRAIG A. MARKHAM
THOMAS J. MINARCIK
GERY T. NIETUPSKI
EVAN C. RUDERT
EDWARD J. BETZA
CRAIG A. ZONNA
CHRISTOPHER J. KOVSKI
KELLY A. MROZ
LORI R. MILLER
MELISSA H. SHIREY
LAURA S. NELSON
ELLIOTT J. EHRENREICH

HARRY D. MARTIN
OF COUNSEL

V. H. ELDERKIN, JR.
RETIRED

WILLIAM J. KELLY, SR.
(1927 - 2004)

VEDDER J. WHITE
(1940 - 1993)

TEL: (814) 456-4000
FAX: (814) 454-7411 (MAIN)
(814) 456-1737 (REAL ESTATE)

WEB: www.ElderkinLaw.com

November 21, 2005

**Via Fax and Regular Mail**

Steven W. Zoffer, Esquire
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, Pennsylvania 15222-5402

Re:   Delaware Marketing Partners v. Creditron Financial Services, Inc.

Dear Mr. Zoffer:

I am writing with regard to redactions which apparently have been made to some of the documents your office has produced in response to our discovery requests.

In particular, I am referring to copies of communications between your clients and Choice Point in which instructions and/or selection criteria were provided to Choice Point. In many of these documents, this information was redacted. Examples of this would be documents numbered 76, 78, 95, 99, 106-108, 114, 118, 123, 160, 162, 195-196, 197-198, 201, 206-208, 214, 217-218.

It is our position that this information is critical to our defense that your clients failed to satisfactorily fulfill their obligations to Telatron. Although we fail to see how the redacted information could be interpreted as constituting a protectable trade secret or proprietary information, we would be willing to enter into a confidentiality agreement with regard to these matters.

Steven W. Zoffer, Esquire
November 21, 2005
Page 2

---

       I would appreciate it if you could respond at your earliest convenience so that we may determine whether this issue needs to be addressed by the court.

                                   Very truly yours,

                                   ELDERKIN, MARTIN, KELLY & MESSINA

                                   Craig A. Markham

CAM/kt
cc:    Charles Snyderman, Esquire (via fax and regular mail)

# ELDERKIN, MARTIN, KELLY & MESSINA

ATTORNEYS AT LAW

JONES SCHOOL SQUARE
150 EAST EIGHTH STREET
ERIE, PENNSYLVANIA 16501-1269

JOSEPH T. MESSINA
KENNETH G. VASIL
JAMES H. RICHARDSON, JR.
RONALD L. SLATER
JOHN B. ENDERS
ROBERT C. LeSUER
CRAIG A. MARKHAM
THOMAS J. MINARCIK
EVAN C. RUDERT
EDWARD J. BETZA
CRAIG A. ZONNA
KELLY A. MROZ
LORI R. MILLER
MELISSA H. SHIREY
LAURA S. NELSON
ELLIOTT J. EHRENREICH

HARRY D. MARTIN
V. H. ELDERKIN, JR.
RETIRED

WILLIAM J. KELLY, SR.
(1927 - 2004)

VEDDER J. WHITE
(1940 - 1993)

TEL: (814) 456-4000
FAX: (814) 454-7411 (MAIN)
(814) 456-1737 (REAL ESTATE)

WEB: www.ElderkinLaw.com

May 19, 2006

Brett W. Farrar, Esquire
Dickey, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, Pennsylvania 15222-5402

**Via Fax and Regular Mail**

Re:   Delaware Marketing Partners v. Creditron Financial Services, Inc.

Dear Mr. Farrar:

Please permit this to serve as confirmation of our discussions on May 18, 2006 regarding our previous requests for production of documents.

I have requested that your client review its records and supply us with all invoices or billings from ChoicePoint on or after September 30, 2003. The last billing we have received from your clients is dated September 30, 2003 and it is our understanding that additional lists were purchased on our behalf after that date. Thus, we are requesting all billings for lists provided by ChoicePoint under our name.

I have also requested that your office provide hard copies of the letters from Mr. Estes to ChoicePoint identified with Bates stamp numbers 195 through 221. These letters also refer to ALC Campaigns 0307, 0308, 0310, 0312, 0313 and 0314. Copies previously produced by your office are all dated June 8, 2004 and Mr. Estes testified that this is not the true and accurate date on which the letters were prepared.

We have also again requested unredacted copies of all of these letters and the other letters sent to ChoicePoint so that we can review the selection criteria used by Delaware Marketing. As

Brett W. Farrar, Esquire
May 19, 2006
Page 2

_____

you know, it is our position that Creditron experienced declining returns on the telemarketing lists which were produced by ChoicePoint in response to the selection criteria prepared and submitted by Delaware Marketing. We have a legitimate need to review the selection criteria to permit us to determine the cause of these declining returns and/or to investigate the issue of whether Delaware Marketing adequately performed its obligations under the contract with Creditron. As I indicated, we would be willing to enter into a reasonable confidentiality agreement to the extent that Delaware Marketing contends that the selection criteria is in someway proprietary.

Please advise me as soon as possible as to whether we can resolve this issue without the need of submitting the matter to the Court for resolution. Of course, if you wish to discuss any of these matters, please feel free to call.

Very truly yours,

ELDERKIN, MARTIN, KELLY & MESSINA

Craig A. Markham

CAM/kt