UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, ) ) ) | |
| Plaintiff ) | C.A. No.: 04 - 263 Erie |
| ) | |
| v. ) ) | Judge McLaughlin  Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, ) ) ) ) | |
| Defendants ) | TRIAL BY JURY DEMANDED |

## **ORDER**

AND NOW, upon consideration of the Defendants' Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Within twenty days of the date of this Order, the Plaintiff shall produce to the Defendants unredacted versions of all documents previously produced relating to or concerning the selection criteria submitted by the Plaintiff to ChoicePoint, including those bearing the Bates numbers identified in Defendants' Motion.

BY THE COURT,

_____
Honorable Sean J. McLaughlin