IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>CREDITRON FINANCIAL SERVICES, INC, a Pennsylvania corporation, and, TELATRON MARKETING GROUP, INC., a Pennsylvania corporation,<br><br>Defendants | CA No.: 04-263<br><br>JUDGE McLAUGHLIN AND MAGISTRATE JUDGE SUSAN PARADISE BAXTER<br><br>TRIAL BY JURY DEMANDED<br><br>**Electronically Filed** |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, upon submission and consideration of the foregoing Motion to Compel Discovery, it is hereby ORDERED that the Motion be and the same is hereby GRANTED, and Defendants are ordered to fully respond to said discovery within fifteen (15) days or suffer further sanctions as this Court deems appropriate. Further, Defendants are ordered to produce Mr. Cavotto for deposition within the next thirty (30) days or suffer sanctions as this Court may deem appropriate.

_____J.