IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS LLC., )<br>             Plaintiff, )<br>             )<br>           v.    )<br>             )<br>CREDITRON FINANCIAL SERVICES, INC., et al, )<br>             Defendants. ) | Civil Action No. 04-263 Erie |

## **ORDER**

AND NOW, this 31st Day of May, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motions to Compel (Docs. #57 & 58) before the Honorable Susan Paradise Baxter, on Friday, June 2, 2006, at 10:00 a.m. Counsel for the Plaintiff is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                                  s/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)