IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                      Plaintiff        CA No.: 04-263

        v.                          JUDGE McLAUGHLIN AND
                                                MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,      SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MAKETING GROUP,INC.,     TRIAL BY JURY DEMANDED
a Pennsylvania corporation,

                                            **Electronically Filed**
                     Defendants

## ORDER OF COURT

       AND NOW, this _____ day of _____, 2006, upon consideration of the Consented to Motion to Revise Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

       1.       Discovery shall close on July 1, 2006;

       2.       The parties shall inform the Court by July 15, 2006 if expert discovery is needed;

       3.       Plaintiff's Pretrial Statement shall be filed by September 14, 2006;

       4.       Defendant's Pretrial Statement shall be filed by September 28, 2006;

       5.       Dispositive motions and supporting briefs shall be filed by September 1, 2006, and responses thereto shall be filed by September 15, 2006. In all other respects, the Case Management Order of February 11, 2005 shall remain in full force and effect.

                                                      _____J.
                                                      Susan Paradise Baxter
                                                      Chief U.S. Magistrate Judge