IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

      Plaintiff    CA No.:  04-263

  v.        JUDGE McLAUGHLIN AND
           MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,  SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MAKETING GROUP,INC.,  TRIAL BY JURY DEMANDED
a Pennsylvania corporation,

           **Electronically Filed**

      Defendants

## ORDER OF COURT

  AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff's Motion for Protective Order Regarding Defendants' Motion to Compel Discovery, the Motion for Protective Order is hereby GRANTED and Defendants' Motion to Compel Discovery is hereby DENIED.

         BY THE COURT:

         _____, J.