IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners, LLC.   )
                                    )
                                    )
                       Plaintiff    )
            vs.                     )         No.      CA 04-263 Erie
Creditron Financial Services, Inc., et al )
                                    )
                                    )
                       Defendants   )

**HEARING ON**  June 2, 2006 Motion Hearing (Docs. 57 & 58)

**Before**  Chief U. S. Magistrate Judge Susan Paradise Baxter

Brett W. Farrar, Esq.                          Craig A. Markham, Esq.
Steven W. Zoffer, Esq.

Appear for Plaintiff                           Appear for Defendant

Hearing Begun  10:00 a                         Hearing Adjourned to

Hearing concluded C.A.V.  10:40 a              Stenographer Ron Bench
                                               CD:          Index:

                              **WITNESSES**
For Plaintiff                                  For Defendant

Order → grant π's motion to compel insofar as they requested financial documents to respond to Interrogatory 1(k) and 2.

Hearing set for 6/9/06 at 10:00 a

π's to provide requested criteria to Δ Counsel for confidential review by Monday, June 5, 2006.