UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff | ) | C.A. No.: 04 - 263 Erie |
| | ) | |
| v. | ) ) | Judge McLaughlin Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) | |
| Defendants | ) | TRIAL BY JURY DEMANDED |

## **ORDER**

Upon consideration of the Defendants' Motion for Protective Order, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED as follows:

1. The subpoena to ChoicePoint is hereby modified and limited to prohibit the release of any information identifying any and all individuals who appear on lists produced by ChoicePoint and to limit the production of documents to the time frame of September 1, 2002 to and including January 9, 2004.

2. The subpoena to Brazos Student Finance Corporation is hereby modified and limited to prohibit the release of any information identifying any and all loan applicants and/or

loan customers and to limit the production of documents to the time frame of September 1, 2002 to and including January 9, 2004.

3. The subpoena issued to AES/PHEAA is hereby modified and limited to prohibit the release of any information identifying any and all loan applicants and/or loan customers and to limit the production of documents to the time frame of September 1, 2002 to and including January 9, 2004.

4. The Plaintiff shall immediately provide a copy of this Order to ChoicePoint, Brazos and AES/PHEAA and request their compliance herewith.  To the extent that Plaintiffs receive records or documents in response to these subpoenas which do not fully comply with the restrictions of this Order, they shall immediately return the same and all copies thereof to the responding party so that the responding party may respond in full compliance with this Order.  In such an event, Plaintiff shall in writing inform the Court and defense counsel of its receipt of such documents and of Plaintiff's compliance with this directive.  In any event, Plaintiff shall immediately provide defense counsel with copies of all records received.

BY THE COURT

_____