# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners, LLC.,
Plaintiff

vs.   No. CA 04-243 E

Creditron Financial Services, LLC, et al.,
Defendant

HEARING ON Status Conf. (telephonic)
Held on Thursday, 8-10-06.
Before Judge Sean McLaughlin

Brett Ferrar — Craig Markham

Appear for Plaintiff — Appear for Defendant

Hearing begun 3:30 - 3:47 pm   Hearing adjourned to _____

Hearing concluded C.A.V. _____   Stenographer Heather Nass

Clerk N. Kuegel

**WITNESSES:**

For Plaintiff — For Defendant