# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing )
)
**Plaintiff** )
)
vs. ) No. CA04-263E
)
Creditcor Financial )
)
**Defendant** )

**HEARING ON** Status Conference

Held on Thursday 8-24-06

Before Judge Sean J. McLaughlin

Brett Farrar / Atty. Snyderman — Appear for Plaintiff

Craig Markham — Appear for Defendant

Hearing begun 9:53 am.   Hearing adjourned to 10:50 am

Hearing concluded C.A.V. _____   Stenographer R. Bench

Clerk M. Kurzee

**WITNESSES:**

For Plaintiff            For Defendant

A Settlement Conf is set for 9-18-06 @ 1:30 p.m. Counsel and Clients are to be present.