# United States District Court
## For the Western District of Pennsylvania

Delaware Marketing Partners, LLC )
)
)
Plaintiffs, )
)
Vs. )  Case No. 04-263 E
)
Creditrox Financial Services Inc., )
)
)
Defendants. )

HEARING ON _Settlement Conference_

Before Judge _Sean J. McLaughlin_

Held on _Monday 9-18-06_

Brett Farrar                                  Craig Markham
Charles Synderman

Appear for Plaintiff                          Appear for Defendant

Hearing begun _12:30 pm_                      Hearing adjourned to _2:30 pm_

Hearing concluded C.A.V. _____              Stenographer _R. Bench_

                                              Clerk _n/a_

WITNESSES:

Disc. 60 days from today 11-20-06
π PTS   12-11-06
Δ PTS   1-1-07
Mtn SJ  12-11-06
Resp to Mtn 1-1-07

Order to follow