**Alan Estes**

From: TERRY SMITH [TERRY@telatron.com]
Sent: Monday, January 06, 2003 4:07 PM
To: Alan Estes
Subject: FW: pms

-----Original Message-----
**From:** SANDY GRESSLEY
**Sent:** Monday, January 06, 2003 4:06 PM
**To:** TERRY SMITH
**Subject:** pms

The Red on the logo is 220
The gold on the logo is 873

---

**Alan Estes**

From: Alan Estes
Sent: Tuesday, January 07, 2003 12:14 PM
To: 'terry@telatron.com'
Subject: estimated mail campaign performance

Terry,

Here's how we see the mail campaign shaking out. I personally believe the response rate we're providing here is fairly conservative.....just as the outbound response is much more productive, we'll be cherry-picking names for the mail campaign as well....the response rate could conceivably be as high as 2.00%.

| # Mail Pieces |  | 200,000 |
|---|---|---|
| Response | 1.33% | 2,660 |
| Return Prom. Note | 45.00% | 1,197 |
| Fund | 70.00% | 838 |
| Avg Loan Amt | $65,000 | $54,463,500 |
| Est. Commission | 3.63% | $1,977,025 |

****************************
Alan W. Estes
Precision Direct Analytics, LLC
(302) 998-7281
mailto:alan.estes@precisiondirectanalytics.com



EXHIBIT B