Page 1

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

   DELAWARE MARKETING PARTNERS, LLC,          :
3  a Delaware limited liability company,      :
            Plaintiff                         :
4                                             :
            v.                                 : Case No. 04-263 Erie
5                                             :
   CREDITRON FINANCIAL SERVICES, INC.,        :
6  a Pennsylvania corporation, and            :
   TELATRON MARKETING GROUP, INC.,            :
7  a Pennsylvania corporation,                :
            Defendants                        :
8

9
            Deposition of TERRY SMITH, taken before and
10      by Sondra A. Black, Notary Public in and for the
        Commonwealth of Pennsylvania, on Wednesday, May 24,
11      2006, commencing at 3:36 p.m., at the offices of
        Elderkin Martin Kelly & Messina, 150 East Eighth
12      Street, Erie, Pennsylvania 16501.

13

14  For the Plaintiff:

15      Charles Snyderman, Esquire
        Charles Snyderman, PA
16      Stoney Batter Office Building
        5301 Limestone Road, Suite 214
17      Wilmington, DE 19808

18      Douglas M. Grimsley, Esquire
        Dickie McCamey & Chilcote, P.C.
19      Two PPG Place, Suite 400
        Pittsburgh, PA 15222-5402
20
    For the Defendants:
21
        Craig A. Markham, Esquire
22      Elderkin Martin Kelly & Messina
        150 East Eighth Street
23      Erie, PA 16501

24
                    Reported by Sondra A. Black
25              Ferguson & Holdnack Reporting, Inc.

Ferguson & Holdnack Reporting, Inc.
814-452-4556

EXHIBIT 2

Page 41

1   A.   I don't remember specifically.
2   Q.   2003?
3   A.   2003, yes.
4   Q.   Towards the end of the relationship?
5   A.   The latter part -- it was the end of the year, yes.
6   Q.   Did you ever communicate to Delaware Marketing
7   Partners that you wanted leads that would convert at a higher
8   rate?
9   A.   I do not recall doing that.
10  Q.   Would that have been part of your responsibility or
11  is that somebody else's responsibility?
12  A.   Well, at the point in the relationship when we were
13  experiencing the 5 percent -- at that point Trish was the
14  communicator, and that's why she was the one that
15  communicated.
16  Q.   Tell me why the contact person changed from you to
17  Trish.
18  A.   They changed -- or Delaware Marketing Partners
19  changed their contact person, it used to be Harry, we had a
20  very good relationship with Harry, and then Brian came on,
21  and there were great suspicions there were other things going
22  on, and Trish was the one that was going to communicate to
23  them.
24  Q.   Suspicions on the part of Delaware Marketing
25  Partners or suspicions on the part of your company?

Page 42

```
1      A.    Delaware Marketing Partners.
2      Q.    So you're telling me that Brian expressed suspicions
3   to you about other things going on?
4      A.    No.  I'm not saying that.
5      Q.    Please explain.  I'm not quite sure I understand.
6      A.    Harry was asking for things that were sending up
7   some major red flags.
8      Q.    What did he ask for?
9      A.    He asked for our training materials, our scripting,
10  access to the do not call.  Different things that appear --
11  he said he was bringing someone else on, and we knew we were
12  having problems paying them as it was, and I went to
13  Mrs. Cavotto and shared the concern, and so that was all part
14  of this.
15            MR. GRIMSLEY:  Can I interject something at this
16            point.
17            MR. SNYDERMAN:  Who's speaking?
18            MR. GRIMSLEY:  This is Doug Grimsley, and I don't
19            mean to be rude or offend anyone.  But the witness
20            continues to apparently refer to
21            Mrs. Desanti-Boehm, and I'm not sure the purpose of
22            that.  Maybe the witness can explain why she's
23            doing that.
24            MR. MARKHAM:  You mean looking at her?
25            MR. GRIMSLEY:  Continually, throughout the
```

Page 43

1           deposition.  I don't know if she's looking for
2           confirmation of her testimony --
3           THE WITNESS:  No.  I'm not looking for confirmation
4           of her testimony.  I'm looking at you, too, and
5           Trish is over -- she's a person I know in the room.
6           I've been looking out the window.  But I --
7           MR. GRIMSLEY:  I didn't want to offend anyone, I
8           just want to note it for the record.
9           MR. MARKHAM:  It's noted.
10     Q.    Did you view Harry's request as red-flag type things
11  as opposed to him asking for information to try to help your
12  company improve the results?
13     A.    No.  I definitely viewed it as red flag instead of
14  helping with the results.
15     Q.    Just so I know, tell me what your thought process
16  was that told you that these were red flag issues?
17     A.    That Harry would be requesting these types of things
18  this far into the relationship, we became suspicious
19  something else was going on.  There were other conversations
20  about other programs that didn't materialize, and then he was
21  coming and asking for these things.  So I did go to
22  Mrs. Cavotto and say I was concerned.
23     Q.    Did you ask Harry why he was asking for these
24  things?
25     A.    I don't know if I asked him or he told me.

Page 44

1    Q.   Did he tell you?
2    A.   He told me a story.
3    Q.   What was the story?
4    A.   He told me that they were bringing on another person
5    and he wanted our training materials and our scripts, to
6    train them.
7    Q.   To train their enough person?
8    A.   Yes.
9    Q.   Is there a written job description for your
10   position?
11   A.   I think there is.
12   Q.   And just to be clear, when I say "your position,"
13   I'm referring not to your position with your current
14   employer, but the position with your employer in 2002 and
15   2003.
16   A.   I don't know.
17   Q.   If the administrators in production were, on a daily
18   basis, discussing concerns with you about things like the
19   number of hours being spent or the results of the calls being
20   made, whose responsibility was it to communicate those
21   concerns to Mrs. Cavotto?
22   A.   Is this a hypothetical question?
23   Q.   Well, I took notes that you said -- you testified
24   earlier, when I asked you did any of the administrators in
25   production ever express to you a concern of the number of