IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff          CA No.: 04-263

       v.                        JUDGE McLAUGHLIN AND
                               MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,    SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,      TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                               **Electronically Filed**

              Defendants

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that Plaintiff's, Delaware Marketing Partners, LLC, Motion to Dismiss Defendants' CREDITRON FINANCIAL SERVICES, INC. and, TELATRON MARKETING GROUP, INC., Counterclaim is GRANTED.  Defendant's Counterclaim is hereby dismissed with prejudice.

                               BY THE COURT:

                               _____, J.