UNITED STATES DISTRICT COURT
FOR THE WESTERN 0DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING | ) | |
| PARTNERS, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| Plaintiff | ) | C.A. No.:  04 - CV - 263 |
| | ) | |
| v. | ) | |
| | ) | |
| CREDITRON FINANCIAL SERVICES, | ) | |
| INC., a Pennsylvania corporation, and | ) | |
| TELATRON MARKETING GROUP, | ) | |
| INC., a Pennsylvania corporation, | ) | |
| Defendants | ) | |

**DEFENDANTS' APPENDIX IN OPPOSITION TO
PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By   /s/ Craig A. Markham, Esq.

Craig A. Markham, Esquire
Attorney for Defendants
150 East Eighth Street
Erie, Pennsylvania 16501
(814) 456-4000