C

```
 1                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2
     DELAWARE MARKETING PARTNERS, LLC,     :
 3   a Delaware limited liability company, :
             Plaintiff                     :
 4                                         :
             v.                            : Case No. 04-263 Erie
 5                                         :
     CREDITRON FINANCIAL SERVICES, INC.,   :
 6   a Pennsylvania corporation, and       :
     TELATRON MARKETING GROUP, INC.,       :
 7   a Pennsylvania corporation,           :
             Defendants                    :
 8

 9
             Deposition of TERRY SMITH, taken before and
10       by Sondra A. Black, Notary Public in and for the
         Commonwealth of Pennsylvania, on Wednesday, May 24,
11       2006, commencing at 3:36 p.m., at the offices of
         Elderkin Martin Kelly & Messina, 150 East Eighth
12       Street, Erie, Pennsylvania 16501.

13

14   For the Plaintiff:

15       Charles Snyderman, Esquire
         Charles Snyderman, PA
16       Stoney Batter Office Building
         5301 Limestone Road, Suite 214
17       Wilmington, DE 19808

18       Douglas M. Grimsley, Esquire
         Dickie McCamey & Chilcote, P.C.
19       Two PPG Place, Suite 400
         Pittsburgh, PA 15222-5402
20
     For the Defendants:
21
         Craig A. Markham, Esquire
22       Elderkin Martin Kelly & Messina
         150 East Eighth Street
23       Erie, PA 16501

24
                    Reported by Sondra A. Black
25             Ferguson & Holdnack Reporting, Inc.
```

EXHIBIT

C

1

1    A.    Well, I wasn't here for her questioning --
2    Q.    That's why I'm sharing with you something that I
3  wrote down that she said to see if that helps you remember
4  what happened a couple years ago.
5    A.    Delaware Marketing Partners I don't think was
6  beating me up, if that's what you're saying.  It was more
7  internally.  I was probably taking some heat that the
8  conversion went down because I was in charge of production.
9    Q.    Who were you taking heat from?
10   A.    That's hard for me to answer because I don't
11 specifically remember, but I was just trying to -- the
12 production went down, I'm sure I would have heard about it.
13 But I don't remember.
14   Q.    Were you concerned about the production going down?
15   A.    Absolutely.
16   Q.    Did you make any recommendations as to how to get
17 the production up?
18   A.    New leads.
19   Q.    Was there any discussions about how to get better
20 leads?
21   A.    Well, I went to Trish because Trish was the person
22 speaking to Brian at that point, she was the contact person,
23 and she communicated to Brian the situation we were in at
24 that moment.  So that was the communication.
25   Q.    When did that occur?

1    A.    I don't remember specifically.
2    Q.    2003?
3    A.    2003, yes.
4    Q.    Towards the end of the relationship?
5    A.    The latter part -- it was the end of the year, yes.
6    Q.    Did you ever communicate to Delaware Marketing Partners that you wanted leads that would convert at a higher rate?
9    A.    I do not recall doing that.
10   Q.    Would that have been part of your responsibility or is that somebody else's responsibility?
12   A.    Well, at the point in the relationship when we were experiencing the 5 percent -- at that point Trish was the communicator, and that's why she was the one that communicated.
16   Q.    Tell me why the contact person changed from you to Trish.
18   A.    They changed -- or Delaware Marketing Partners changed their contact person, it used to be Harry, we had a very good relationship with Harry, and then Brian came on, and there were great suspicions there were other things going on, and Trish was the one that was going to communicate to them.
24   Q.    Suspicions on the part of Delaware Marketing Partners or suspicions on the part of your company?

41

```
 1        A.   Delaware Marketing Partners.
 2        Q.   So you're telling me that Brian expressed suspicions
 3   to you about other things going on?
 4        A.   No.  I'm not saying that.
 5        Q.   Please explain.  I'm not quite sure I understand.
 6        A.   Harry was asking for things that were sending up
 7   some major red flags.
 8        Q.   What did he ask for?
 9        A.   He asked for our training materials, our scripting,
10   access to the do not call.  Different things that appear --
11   he said he was bringing someone else on, and we knew we were
12   having problems paying them as it was, and I went to
13   Mrs. Cavotto and shared the concern, and so that was all part
14   of this.
15             MR. GRIMSLEY:  Can I interject something at this
16        point.
17             MR. SNYDERMAN:  Who's speaking?
18             MR. GRIMSLEY:  This is Doug Grimsley, and I don't
19        mean to be rude or offend anyone.  But the witness
20        continues to apparently refer to
21        Mrs. Desanti-Boehm, and I'm not sure the purpose of
22        that.  Maybe the witness can explain why she's
23        doing that.
24             MR. MARKHAM:  You mean looking at her?
25             MR. GRIMSLEY:  Contintually, throughout the
```

42

```
 1              deposition.  I don't know if she's looking for
 2              confirmation of her testimony --
 3                   THE WITNESS:  No.  I'm not looking for confirmation
 4              of her testimony.  I'm looking at you, too, and
 5              Trish is over -- she's a person I know in the room.
 6              I've been looking out the window.  But I --
 7                   MR. GRIMSLEY:  I didn't want to offend anyone, I
 8              just want to note it for the record.
 9                   MR. MARKHAM:  It's noted.
10         Q.   Did you view Harry's request as red-flag type things
11    as opposed to him asking for information to try to help your
12    company improve the results?
13         A.   No.  I definitely viewed it as red flag instead of
14    helping with the results.
15         Q.   Just so I know, tell me what your thought process
16    was that told you that these were red flag issues?
17         A.   That Harry would be requesting these types of things
18    this far into the relationship, we became suspicious
19    something else was going on.  There were other conversations
20    about other programs that didn't materialize, and then he was
21    coming and asking for these things.  So I did go to
22    Mrs. Cavotto and say I was concerned.
23         Q.   Did you ask Harry why he was asking for these
24    things?
25         A.   I don't know if I asked him or he told me.
```

1    Q.    Did he tell you?

2    A.    He told me a story.

3    Q.    What was the story?

4    A.    He told me that they were bringing on another person
5    and he wanted our training materials and our scripts, to
6    train them.

7    Q.    To train their enough person?

8    A.    Yes.

9    Q.    Is there a written job description for your
10   position?

11   A.    I think there is.

12   Q.    And just to be clear, when I say "your position,"
13   I'm referring not to your position with your current
14   employer, but the position with your employer in 2002 and
15   2003.

16   A.    I don't know.

17   Q.    If the administrators in production were, on a daily
18   basis, discussing concerns with you about things like the
19   number of hours being spent or the results of the calls being
20   made, whose responsibility was it to communicate those
21   concerns to Mrs. Cavotto?

22   A.    Is this a hypothetical question?

23   Q.    Well, I took notes that you said -- you testified
24   earlier, when I asked you did any of the administrators in
25   production ever express to you a concern of the number of

1   hours being spent or the results of the calls being made --
2   my notes are that you testified we discussed it daily. We
3   discussed concerns all the time. So I'm asking you
4   whether -- or whose responsibility it was when there were
5   concerns like that to report those concerns to Mrs. Cavotto?
6       A.   I'm not sure if the whole context of the -- my
7   response because I think I was talking about people, and we
8   would discuss our performance on the list that day.
9   Certainly, if there would be, over a period of time, such as
10  what we were experiencing the latter part of the year 2003, I
11  would be the person that would say something to Mrs. Cavotto.
12      Q.   When you and your administrators in production
13  discussed the stats daily --
14      A.   Um-hum.
15      Q.   -- and there were concerns expressed about the
16  stats, are you saying it was your responsibility to
17  communicate those concerns to Mrs. Cavotto?
18      A.   Well, Mrs. Cavotto receives a flash report --
19      Q.   What kind of report?
20      A.   A flash report. That would tell her what the sales
21  per hour were for that shift. So I'm -- you know, I mean,
22  she would see that. I may not have to say it is what I'm
23  saying.
24      Q.   Who sent Mrs. Cavotto the flash reports?
25      A.   I specifically can't -- possibly the administrator,