IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                             Plaintiff         CA No.:  04-263

                               v.                 JUDGE McLAUGHLIN AND
                                                           MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,        SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,          TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                                   **Electronically Filed**
                            Defendants

**MOTION TO STRIKE BRIEF IN OPPOSITION AND TO DISMISS COUNTERCLAIM**

       AND NOW, comes Delaware Marketing Partners, LLC, by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and files the following Motion to Strike Brief in Opposition and Motion Dismiss Counterclaim as follows:

       1.       On September 22, 2006 Defendants, Creditron Financial Services, Inc. and Telatron Marketing Group, Inc., filed a Counterclaim alleging various causes of action and seeking damages.

       2.       On October 6, 2006 Delaware Marketing Partners filed a Motion to Dismiss the Counterclaim.

       3.       On October 11, 2006, this Court entered an Order that any response to the Motion to Dismiss Counterclaim was due by October 26, 2006 and that any Reply Brief to the Response was due by November 7, 2006.  Creditron/Telatron filed their Brief in Opposition to Delaware

Marketing Partners' Motion to Dismiss at 5:03 PM on November 6, 2006, 11 days beyond the deadline set forth by this Court's Order.

4. Creditron's/Telatron's failure to follow this Court's Order and file a timely Response contesting Delaware Marketing Partners' Motion to Dismiss requires dismissal of the Counterclaim. In addition, due to Creditron/Telatron filing its pleading 11 days late on November 6, 2006, Delaware Marketing Partners cannot file a response to Creditron's/Telatron's document by the November 7, 2006 deadline established by the Court.

WHEREFORE, Delaware Marketing Partners respectfully requests that this Honorable Court enter an Order dismissing Creditron's/Telatron's Counterclaim in this matter.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By   *s/ Brett W. Farrar*
    Steven W. Zoffer, Esq.
    PA. I.D. #62497
    szoffer@dmclaw.com
    Brett W. Farrar, Esq.
    PA. I.D. #79217
    bfarrar@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing **MOTION TO STRIKE BRIEF IN OPPOSITION AND TO DISMISS COUNTERCLAIM** has been served this 7th day of November, 2006, through the Court's electronic delivery system to the following counsel:

> Craig A. Markham, Esquire
> Elderkin, Martin, Kelly & Messina
> 150 East Eighth Street
> Erie, PA 16501-1819
> <u>*Counsel for Defendants*</u>
>
> Charles Snyderman, Esquire
> Charles Snyderman, P.A.
> Stoney Batter Office Building
> 5301 Limestone Road, Suite 214
> Wilmington, DE 19808

DICKIE, McCAMEY & CHILCOTE, P.C.

By ___*s/ Brett W. Farrar*___
   Steven W. Zoffer, Esq.
   PA. I.D. #62497
   szoffer@dmclaw.com
   Brett W. Farrar, Esq.
   PA. I.D. #79217
   bfarrar@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax

Attorneys for Plaintiff