IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff

v.

CREDITRON FINANCIAL SERVICES,
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,
INC., a Pennsylvania corporation,

                Defendants

CA No.: 04-263

JUDGE McLAUGHLIN AND
MAGISTRATE JUDGE
  SUSAN PARADISE BAXTER

TRIAL BY JURY DEMANDED

**Electronically Filed**

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby **ORDERED** that Delaware Marketing Partners' Motion to Strike Brief in Opposition and to Dismiss Counterclaim is **GRANTED**. Creditron Financial Services, Inc.'s and Telatron Marketing Group, Inc.'s Counterclaim is **DISMISSED.**

                                                    _____ J.