IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff          CA No.: 04-263

        v.                        JUDGE McLAUGHLIN AND
                                        MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,      SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,     TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                     **Electronically Filed**

                Defendants

## ORDER OF COURT

        AND NOW, this ____ day of November, 2006, it is hereby ORDERED that Delaware Marketing Partners' Motion to Preclude Testimony of Alfred Covatto is GRANTED. It is hereby ORDERED that any and all testimony and other evidence of Alfred Covatto is precluded at the time of trial.

                                      BY THE COURT:

                                      _____ J.