## ELDERKIN, MARTIN, KELLY & MESSINA

ATTORNEYS AT LAW
JONES SCHOOL SQUARE
150 EAST EIGHTH STREET
ERIE, PENNSYLVANIA 16501-1269

JOSEPH T. MESSINA
KENNETH G. VASIL
JAMES H. RICHARDSON, JR.
RONALD L. SLATER
JOHN B. ENDERS
ROBERT C. LeSUER
CRAIG A. MARKHAM
THOMAS J. MINARCIK
EVAN C. RUDERT
EDWARD J. BETZA
CRAIG A. ZONNA
KELLY A. MROZ
LORI R. MILLER
MELISSA H. SHIREY
LAURA S. NELSON
ELLIOTT J. EHRENREICH

HARRY D. MARTIN
V. H. ELDERKIN, JR.
RETIRED
———
WILLIAM J. KELLY, SR.
(1927 - 2004)

VEDDER J. WHITE
(1940 - 1993)
———

June 23, 2006

TEL: (814) 456-4000
FAX: (814) 454-7411 (MAIN)
(814) 456-1737 (REAL ESTATE)
———

WEB: www.ElderkinLaw.com

**<u>Via Fax Transmission Only 464-9617</u>**

Honorable Sean J. McLaughlin
U.S. Court House
17 South Park Row, Room A250
Erie, Pennsylvania 16501

Re:    Delaware Marketing Partners v. Creditron Financial Services
       Case No. 04-263

Dear Judge McLaughlin:

Please excuse the informality of this letter, but I thought that it would be important to immediately advise the Court that the chief executive officer of the Defendant corporation, Mr. Alfred Covatto, was admitted to the hospital today. I do not have any more details at this point and, thus I cannot say whether he is expected to be discharged before the settlement conference now set for Tuesday, June 27, 2006, or if he is discharged before Tuesday, whether he would be physically able to attend the conference. Of course, I will inform the Court of any further developments relating to Mr. Covatto's availability. Thank you for your anticipated indulgence.

Very truly yours,

ELDERKIN, MARTIN, KELLY & MESSINA

Craig A. Markham

Honorable Sean J. McLaughlin
June 23, 2006
Page 2

_____

CAM/kt
cc:     Brett W. Farrar, Esq. (Via fax)
        Charles Snyderman, Esq. (Via fax)