# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners LLC )
)
)
Plaintiff )
vs. )   No.   CA 04-263 Erie
Creditron Financial Services, Inc. )
)
)
Defendant )

HEARING ON   November 9, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Brett W. Farrar, Esq.                                Craig A. Markham, Esq.
Charles Snyderman, Esq.                       ~~Matt Niederman, Esq.~~
~~Steven W. Zoffer, Esq.~~
Appear for Plaintiff                                     Appear for Defendant

Hearing Begun  1:30                               Hearing Adjourned to  1:45

Hearing concluded C.A.V.                       Stenographer Ron Bench
                                                                    CD:           Index:

**WITNESSES**

For Plaintiff                                                 For Defendant

Motion to Preclude Testimony [Document #76] is held in abeyance.
Motion to Strike Brief [Document 75] is denied.

*C. Sander*
*Staff Attorney*