# United States District Court
## For the Western District of Pennsylvania

Plaintiff: Delaware Marketing

vs.

Defendant: Creditron Financial

No. 04-263 Erie

HEARING ON 11/13/06 – via telephone

Before Judge: ~~Judge~~ Mag. J. Baxter

Appear for Plaintiff: Charles Snyderman, Esq.

Appear for Defendant: Craig Markam, Esq.

Hearing begun: 4:00
Hearing adjourned to: 4:10
Hearing concluded C. A. V.
Stenographer: via telephone

### WITNESSES:

For Plaintiff — 

For Defendant —

Discovery dispute regarding deposition testimony. Verbal motion to compel (by Snyderman) – motion is granted.

C. Sander
Staff Attorney