LAW OFFICES OF
# DICKIE, McCAMEY & CHILCOTE
A PROFESSIONAL CORPORATION

TWO PPG PLACE, SUITE 400
PITTSBURGH, PENNSYLVANIA
15222-5402

TEL. 412-281-7272
FAX. 412-392-5367
WWW.DMCLAW.COM

**Douglas M. Grimsley**
Attorney-at-Law
Admitted in PA, VA

Direct Dial: 412-392-5533
Direct Fax: 412-392-5367
dgrimsley@dmclaw.com

May 26, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Craig A. Markham, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA 16501-1819

RE: Delaware Marketing Partners, LLC v. Creditron Financial
Services, Inc, et al.
Our File No.: 52162.288763

Dear Mr. Markham:

During the deposition of Joyce Cavotto and Trish DiSanto-Boehm on May 24, 2006, Attorney Snyderman inquired as to documents responsive to Defendant's Interrogatories and Requests for Production of Documents, specifically documents responsive to Interrogatories 1(k) and 2. At the time of deposition, your clients stated that certain documents responsive to our requests had not yet been produced, but that these documents would be forthcoming.

To date, we have not yet received the documents referenced above. Please advise as to when we should expect to receive them. Otherwise, as discovery closes in this matter next week, we will file a motion to compel the responsive documents.

Thank you for your consideration in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully yours,

*[signature]*

Douglas M. Grimsley

DMG

**B**

PITTSBURGH         HARRISBURG         PHILADELPHIA         WASHINGTON, D.C.         NEW JERSEY         NORTH CAROLINA         OHIO         WEST VIRGINIA
412-281-7272       717-731-4800       215-925-2289         888-434-5566             856-354-0192       704-334-1108             740-284-1682  304-233-1022