# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners, LLC. )
)
)
Plaintiff )
vs. )  No.  CA 04-263 Erie
Creditron Financial Services, Inc., et al )
)
)
Defendants )

HEARING ON  June 2, 2006 Motion Hearing (Docs. 57 & 58)

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Brett W. Farrar, Esq.                           Craig A. Markham, Esq.
Steven W. Zoffer, Esq.

Appear for Plaintiff                            Appear for Defendant

Hearing Begun  10:00 a            Hearing Adjourned to

Hearing concluded C.A.V.  10:40 a      Stenographer Ron Bench
                                                CD:         Index:

**WITNESSES**

For Plaintiff                                   For Defendant

Order → grant π's motion to compel insofar as they requested financial documents to respond to Interrogatory 1(k) and 2.

Hearing set for 6/9/06 at 10:00 a

π's to provide requested criteria to Δ counsel for confidential review by Monday, June 5, 2006.

D