# Charles Snyderman, P.A.
ATTORNEY AT LAW
STONEY BATTER OFFICE BUILDING
5301 LIMESTONE ROAD, SUITE 214
WILMINGTON, DELAWARE 19808

Phone: (302) 239-1140
Fax: (302) 239-2124

Please Visit Our Website:
www.lawyers.com/snyderman

September 8, 2006

*VIA FACSIMILE*

Craig A. Markham, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA 16501-1269

RE:   Delaware Marketing Partners, LLC v. Creditron Financial Services
      and Telatron Marketing Group, Inc.
      C.A. No.: 04-0036

Dear Craig:

Before I get to the longer letter which you will receive on Monday, I thought I would mention that Interrogatory No. 2 of Plaintiff's First Set of Interrogatories which Judge Baxter ordered defendants to comply with, requests <u>all</u> books, records, writings and other documents which refer or relate in any way to the payments received from Brazos. The scope of this request includes bank statements which have not yet been produced. I assume there are other documents as well that fall within the scope of this interrogatory but were not among the documents that you recently shipped to my office.

Very truly yours,

CHARLES SNYDERMAN

CS/rjb

cc:   Brett Farrar, Esquire
      Delaware Marketing Partners

G