IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

        Plaintiff         CA No.: 04-0263

    v.        JUDGE McLAUGHLIN AND
        MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,    SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,    TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

        *Electronically Filed*

        Defendants

### ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that Delaware Marketing Partners, LLC's Motion to Compel is GRANTED. Defendants shall produce the information identified during the depositions of Katherine Lombardozzi and Mark Kisiel and identified in Delaware Marketing Partners, LLC's Motion to Compel. Further, defendants shall respond to the outstanding discovery identified in Delaware Marketing Partners, LLC's Motion to Compel. Defendants shall produce the information within 15 days or suffer sanctions as this Court may deem appropriate.

BY THE COURT,

_____J.