## ELDERKIN, MARTIN, KELLY & MESSINA
ATTORNEYS AT LAW
JONES SCHOOL SQUARE
150 EAST EIGHTH STREET
ERIE, PENNSYLVANIA 16501-1269

JOSEPH T. MESSINA
KENNETH G. VASIL
JAMES H. RICHARDSON, JR.
RONALD L. SLATER
JOHN B. ENDERS
ROBERT C. LeSUER
CRAIG A. MARKHAM
THOMAS J. MINARCIK
EVAN C. RUDERT
EDWARD J. BETZA
CRAIG A. ZONNA
KELLY A. MROZ
LORI R. MILLER
MELISSA H. SHIREY
LAURA S. NELSON
ELLIOTT J. EHRENREICH

HARRY D. MARTIN
V. H. ELDERKIN, JR.
RETIRED

WILLIAM J. KELLY, SR.
(1927 - 2004)

VEDDER J. WHITE
(1940 - 1993)

September 15, 2006

TEL: (814) 456-4000
FAX: (814) 454-7411 (MAIN)
(814) 456-1737 (REAL ESTATE)

WEB: www.ElderkinLaw.com

Charles Snyderman, Esquire
Stoney Batter Office Building
5301 Limestone Road, Suite 214
Wilmington, DE 19808

VIA FAX & MAIL


DEFENDANT'S EXHIBIT 1

Re: Delaware Marketing Partners v. Creditron Financial Services, Inc.

Dear Mr. Snyderman:

I am writing in response to your three-page letter and your one-page letter of September 8, 2006.

As to our response to interrogatory number 3, we had previously provided source documents from which the requested data can be compiled. These documents include those which reflect revenues, disposition reports, and periodic emails of "flash reports" and production reports. We have come across one chart which was not previously produced. Although we cannot determine if the chart is covered by the work product privilege, we have nevertheless enclosed it for your review.

As to our response to interrogatory number 8, some of the financial documents which we have produced were received by the financial control group. Although you may not see the group as the stated addressee of these communications, documents relating to revenues were internally directed to financial control.

Your letter of September 8, on page two, makes reference to our response to interrogatory 11, which interrogatory requested documents relating to our dealings with Sun Trust Bank. We stand by our response to this interrogatory. In reading this paragraph of your letter it seems to us that you may have really meant to raise an issue with regard to our answer to interrogatory 9. Assuming that this is the case, we still do not believe that there is a legitimate basis for your client to demand an accounting of all revenues received through September, 2004 for "loans similar to the loans that were the subject of the Agreement between the parties". As you know, upon the abrupt and unexpected termination of the Agreement on January 9, 2004, my clients purchased lists on their own

Charles Snyderman, Esquire
September 15, 2006
Page 2

---

and successfully continued their loan origination business. Of course, unbeknownst to my clients, for months your clients had firmly in place a competing business venture and, thus, your clients did not miss a beat. As you indicate in your letter, your work-in-progress theory of recovery could, at best, only encompass receipts received during two or three months following the termination. Moreover, the financial information you have demanded is highly confidential and could be used by competitors to my clients' economic disadvantage.

Your letter contains multiple references to assumptions which you have reached in light of the documents which have been produced. Of course, it is not my place to debate the correctness of your assumptions. All I can say is that we have properly responded to your client's discovery requests. Our responses have included objections, the actual production of volumes of responsive documents or both.

In your one-page letter of September 8, 2006, you requested bank records reflecting the receipts from Brazos. You have been given copies of the actual bank wire transfer documents from Brazos and you have subpoenaed payment records from Brazos and PHEAA. As I am sure you can appreciate, other banking records (if they currently exist) are highly confidential and they are clearly superfluous here in light of the source documents which you have received.

Very truly yours,

ELDERKIN, MARTIN, KELLY & MESSINA

Craig A. Markham

CAM/kt
Enclosure
cc w/enc.: Brett W. Farrar, Esquire, fax & mail

PROCESS FLOW FOR INITIAL CREDIT BUR

| Tape Number | Date | Gross Quantity | Bk New or 00000 | BKS | DNC1 | DNC2 | DNC3 | DNC4 | Dup | Dup HO | BKNL | 303 | Project | Sales | Refusals | Contacts | Wrong # | Not Qualifi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 944 (Choice Point) | 09/09/02 | 43,000 | 41,158 | 106 | 1300 (dnc) | | | | | | | | 180 | 729 | 8,157 | 8,886 | 4,914 | 8,40 |
| | | | 15,582 | | 13 | | | | | | | | 222 | 7 | 99 | 106 | 181 | 20 |
| 708 (Choice Point) | 09/24/02 | 250,000 | 41,158 | | | | | | | | | | culm | 2,642 | 8,256 | 8,997 | 5,095 | 8,6 |
| | | | 243,174 | 747 | 6,079 | | | | | | | | 180 | 736 | 34,611 | 37,253 | 32,156 | 43,14 |
| 716 (Choice Point) | 10/04/02 | 23,865 | 41,490 | | | | | | | | | | 222 | 222 | 2,974 | 3,196 | 4,012 | 4,09 |
| | | | 243,174 | | | | | | | | | | culm | 2,864 | 37,585 | 40,449 | 36,168 | 47,2 |
| Choice Point replacement file of dupes from 250,0 | | | 22,986 | 81 | 798 | | | | | | | | 180 | 222 | 1,904 | 2,040 | 2,215 | 2,70 |
| 759 | 11/27/02 | 97,371 | 92,554 | 479 | 2,792 | | 4,179 | | 654 | | | | 222 | 1,287 | 13,283 | 14,570 | 17,233 | 21,61 |
| | | | 25,124 | | 4 | | | | | | | | culm | 267 | 2,300 | 3,567 | 3,747 | 4,97 |
| | | | 22,986 | | | | | | | | | | 180 | 141 | 1,594 | 1,735 | 2,444 | 2,68 |
| 803 | 02/07/03 | 30,718 | 28,593 | 216 | 1,725 | | 1,417 | | | | | | 222 | 131 | 396 | 1,527 | 1,532 | 2,26 |
| 819 | 02/24/03 | 271,406 | 257,475 | 1,355 | 5,340 | | 1,395 | | 269 | | | | culm | 1,428 | 14,877 | 16,305 | 19,677 | 24,30 |
| 818 | 02/00/03 | 28,527 | 27,985 | 57 | 396 | | 1,278 | | 657 | | | | 222 | 202 | 1,745 | 1,947 | 6,364 | 3,76 |
| | | | | | | | | | 1,546 | | | | 200 | 469 | 3,723 | 4,192 | 5,105 | 6,91 |
| 822 | 02/26/03 | 49,165 | 46,537 | 855 | 914 | | | | | | | | 200 | 363 | 3,057 | 3,420 | 3,905 | 5,48 |
| | | | | | | | | | | 859 | | | 180 | 106 | 666 | 772 | 1,200 | 1,42 |
| | | | | | | | | | | 5,831 | | 1 | culm | 2,273 | 25,196 | 27,469 | 21,007 | 45,91 |
| 859 | 04/11/03 | 101,109 | 45,754 | 2 | 42 | | 178 | 1 | 3,177 | | | | 222 | 1,116 | 11,001 | 12,117 | 9,536 | 20,87 |
| | | | 43,857 | 608 | 27 | 1 | 206 | 1,202 | 3,747 | 1,400 | | | 200 | 3,389 | 36,197 | 39,586 | 30,543 | 66,79 |
| | | | 45,754 | | | | | | | 904 | | | culm | 188 | 1,389 | 1,577 | 4,361 | 4,50 |
| | | | | | | | | | | | | | 222 | 467 | 3,776 | 4,243 | 12,001 | 2,38 |
| 862 | 04/16/03 | 19,859 | 18,696 | 144 | 2 | | 30 | 313 | 446 | 228 | | | culm | 300 | 4,825 | 5,125 | 5,467 | 6,89 |
| 875 (new phone) | 05/07/03 | | 17,131 | | 9 | | 222 | 1 | 19,735 | 623 | | | 200 | 247 | 1,756 | 2,003 | 1,913 | 7,01 |
| | | | 4,879 | | 1 | | 110 | | 29,528 | 43 | | | 230 | 225 | 1,616 | 1,841 | 5,362 | 14,03 |
| | | | 22,010 | | | | | | | | | | 228 | 50 | 570 | 620 | 1,305 | 3,72 |
| 876 (updated phones) | 05/12/03 | 2,447 | 862 | 1 | 0 | | 1 | | 482 | 49 | | | 230 | 275 | 2,186 | 2,461 | 6,667 | 3,11 |
| | | | 1,015 | | | | 5 | | 27 | 5 | | | 228 | 22 | 112 | 134 | 124 | 4,17 |
| | | | 1,877 | | | | | | | | | | 228 | 26 | 150 | 176 | 169 | 1,05 |
| 77 | 05/12/03 | 156,626 | 83,466 | 406 | 93 | | 117 | 875 | 6,143 | 2,044 | | | 230 | 48 | 262 | 310 | 293 | 30 |
| | | | 58,782 | 271 | 38 | | 77 | 594 | 2,742 | 978 | | | culm | 1,109 | 11,131 | 12,240 | 13,090 | 63,9 |
| | | | 142,248 | | | | | | | | | | 228 | 631 | 9,505 | 10,136 | 9,457 | 31,93 |
| 890 | 05/21/03 | 188,261 | 99,674 | 555 | 98 | | 108 | 3,941 | 15,607 | 2,051 | | | culm | 1,740 | 20,636 | 22,376 | 22,547 | 20,85 |
| | | | 59,552 | 316 | 39 | | 69 | 2,041 | 3,721 | 489 | | | 230 | 1,538 | 13,066 | 14,604 | 16,410 | 52,79 |
| | | | 159,226 | | | | | | | | | | 228 | 731 | 8,909 | 9,640 | 9,495 | 33,63 |
| 16 | 07/09/03 | 134,836 | 77,490 | 798 | 1,246 | | 335 | 2,010 | 34,351 | 1,930 | | | 230 | 1,133 | 8,865 | 9,998 | 12,726 | 19,04 |
| | | | 12,132 | 155 | 102 | | 42 | 289 | 3,837 | 128 | | | 228 | 143 | 1,393 | 1,536 | 1,911 | 52,68 |
| | | | 89,622 | | | | | | | | | | culm | 1,276 | 10,258 | 11,534 | 14,637 | 22,50 |
| 28 | 08/01/03 | 32,723 | 23,075 | 157 | 83 | | 101 | 485 | 8,463 | 359 | | | 230 | 290 | 2,429 | 2,719 | 3,547 | 3,44 |
| | | | | | | | | | | | | | | | | | | 6,78 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 (updated phones) | 08/05/03 | 3,423 | | 2,833 | 29 | | | | | | | | | 279 | | 329 | 388 | 81 |
| 30 | 08/05/03 | 97,236 | | 69,240 | 298 | 397 | 2 | 30 | 483 | 39 | | | 50 | | 5,408 | 6,129 | 9,668 | 13,35 |
| 31 | | | | 13,183 | 61 | 28 | | | | | | | 230 | 721 | 1,308 | 1,455 | 2,044 | 3,15 |
| | 08/07/03 | 12,194 | | 82,423 | | | | | | | | | 228 | 147 | 7,584 | 11,712 | 16,51 |
| | 08/07/03 | | | 8,910 | 48 | 23 | | 12 | 1,254 | 65 | | | 230 | 868 | 6,716 | 535 | 1,192 | 1,24 |
| 33 | 08/07/03 | 46,953 | | 1,545 | 7 | 2 | | 7 | 23 | 91 | 1 | | 228 | 69 | 466 | 106 | 267 | 26 |
| | | | | 10,455 | | | | | | | | | 228 | 13 | 93 | | | |
| | | | | 12,163 | 2 | | | | | | | | 230 | 82 | 559 | 641 | 1,459 | 1,51 |
| 36 (new house #) | 08/18/03 | 152,000 | | 16,350 | 2 | 82 | | 75 | 111 | 1 | 617 | | 230 | 106 | 820 | 926 | 2,094 | 2,25 |
| 39 | | | | 126,479 | 631 | 482 | | 323 | 7,053 | 15,544 | 1,976 | | 228 | 185 | 1,721 | 1,906 | 3,827 | 4,57 |
| new phones from W#'s | | | | 21,206 | 12 | 96 | | 2,168 | 388 | 2,505 | 1,341 | | 228 | 242 | 50 | 442 | 704 | 1,47 |
| | | | | 33,369 | | | | | | | | | 242 | | | | | |
| | 09/18/03 | 244,815 | | 3,880 | 39 | | | 7 | 80 | | | | 230 | 291 | 2,541 | 2,832 | 5,921 | 6,83 |
| 54 | 09/18/03 | | | 130,359 | 1,094 | | | | | | | | culm | 1,173 | 14,130 | 15,303 | 23,813 | 6,72 |
| 55 | 09/24/03 | 11,809 | | 76,573 | 989 | 263 | | 115,039 | 4,517 | | | 230 | 60 | 471 | 531 | 891 | 1,23 |
| | | | | 6,390 | 73 | 14 | | 34 | 3,054 | 144 | | | 242 | | | | | |
| 56 | 09/26/03 | 49,158 | | 1,511 | 18 | 6 | | 5 | 555 | 4 | | | | | | | 22,34 |
| | | | | 7,901 | | | | | | | | | | | 10,062 | 11,004 | 14,816 | 13,64 |
| | | | | 24,828 | 23 | 17 | | 196 | 508 | | 1 | | 230 | 942 | 5,756 | 6,272 | 11,371 | 2,95 |
| | | | | 9,816 | | | | | 23,585 | | | | 242 | 54 | 732 | 786 | 2,453 | 2,49 |
| 64 | 10/21/03 | 170,977 | 1,465 | 34,644 | | 140 | | 49 | 53 | | | | 230 | 96 | 1,082 | 1,178 | 3,215 | 2,70 |
| 66 | 10/28/03 | 58,770 | | 56,831 | 291 | 394 | | 338 | 118,026 | 1,865 | 335 | | 242 | 150 | 1,814 | 1,964 | 5,668 | 5,20 |
| 68 | 11/04/03 | 138,688 | | 75,150 | 660 | 51 | | 34 | 1,557 | | 6 | | 254 | 1,155 | 17,003 | 18,158 | 27,868 | 40,31 |
| | | | | 44,409 | 614 | 346 | | 121 | 19,518 | 2,943 | | 117 | 254 | 501 | 5,523 | 6,024 | 13,228 | 14,71 |
| | | | | 119,559 | | 64 | | 66 | 7,859 | 1,147 | | 68 | 254 | 246 | 6,534 | 7,034 | 12,775 | 18,91 |
| 74 (new file) | 12/03/03 | 12,041 | | 12,041 | | 9 | | 18 | 699 | 46 | | 3 | 242 | 746 | 10,638 | 11,384 | 19,959 | 11,63 |
| 75 | 12/04/03 | 305,980 | | 114,906 | 345 | 220 | | 220 | 26,051 | 1,704 | | 57 | 242 | 127 | 1,027 | 1,154 | 1,908 | 30,55 |
| | | | | 17,147 | 559 | 2,805 | | 186 | 24,039 | 1,521 | | 48 | 242 | 478 | 7,562 | 8,040 | 14,317 | 2,93 |
| 76 | 12/05/03 | 31,079 | | 83,809 | 538 | 2,587 | | 228 | 25,286 | 1,675 | | 74 | 230 | 48 | 802 | 850 | 1,916 | 22,72 |
| | | | | 215,862 | | 2,194 | | | | | | | 254 | 399 | 7,006 | 7,405 | 11,170 | 3,33 |
| | | | | 14,952 | 127 | 85 | | 49 | 3,913 | 439 | | | 242 | 925 | 15,370 | 16,295 | 27,403 | 45,98 |
| | | | | 9,066 | 66 | 38 | | 102 | 2,003 | 234 | | 5 | 254 | 41 | 688 | 729 | 3,324 | 1,70 |
| | | | | 24,018 | | | | 10 | | | | | 254 | 55 | 652 | 707 | 2,726 | 1,64 |
| 66 (old nq/w#) | 10/06/03 | 13,536 | | 13,536 | 1 | 101 | | 201 | 48 | | | | 242 | 96 | 1,340 | 1,436 | 6,050 | 3,34 |
| 11 (old 180,200,222) | 10/13/03 | 116,359 | | 116,359 | | 3,118 | 24,729 | 2,875 | 19,109 | | 83,678 | | 252 | 121 | 2,049 | 2,170 | 818 | 2,45 |
| 12a (old nq/w#) | 10/23/03 | 35,869 | | 35,869 | | | | | | 226 | | | 252 | 225 | 3,959 | 4,184 | 16,617 | 10,08 |
| 12b (old nq/w#) | 10/24/03 | 29,249 | | 29,249 | | | | | 1,009 | 5 | | | 242 | 746 | 7,415 | 8,161 | 9,253 | 18,31 |
| | | | | 65,118 | | | | | 223 | | | | | | | | | |



| Conversion | List Penet | #'s Lost for Nat'l DNC | List Penet | Leads Remaining | % List Penetration |
|---|---|---|---|---|---|
| 8.20% | 5.95% | | | | |
| 6.60% | 3.18% | | | | |
| 8.19% | 55.16% | | | 2,417 (38,741) | 94.13% |
| 7.09% | 46.28% | | | | |
| 6.95% | 27.25% | | | 25,732 (217,442) | 89.42% |
| 7.08% | 50.93% | | | | |
| 6.14% | | | | | |
| 8.58% | | | | 5,549 (17,437) | 75.86% |
| 7.13% | 53.44% | | | | |
| 8.83% | | | | | |
| 8.13% | | | | 15,045 (77,509) | |
| 8.76% | 65.13% | | | | 83.74% |
| 13.73% | | | | | |
| 10.61% | | | | 5,910 (22,683) | |
| 11.19% | 56.69% | | | | 79.33% |
| 10.37% | | | | 5,579 (22,406) | 80.06% |
| 8.27% | | | | 43,492 | |
| 9.21% | | | | 16,506 | |
| 8.56% | 53.18% | | | 59,998 (197,430) | 76.69% |
| 10.47% | | | | 9,622 | |
| 11.92% | | | | 2,344 | |
| 11.01% | 49.71% | | | 11966 (34,571) | 74.29% |
| 5.85% | | | | 21,613 | |
| 8.98% | | | | 19,927 | |
| 7.24% | 38.33% | | | 41,540 (48,071) | 53.64% |
| 12.33% | 40.89% | | | 8,617 (10,079) | 53.91% |
| 12.46% | | 455 | 61.91% | 1,222 | |
| 8.06% | | 151 | | 676 | |
| 11.35% | | 606 (24,404) | 62.18% | 1,898 (20,112) | 91.38% |
| 16.42% | 65.90% | 28 | | 55 | |
| 14.77% | | 31 | | 99 | |
| 15.48% | | 59 (1,818) | 68.04% | 154 (1,723) | 91.80% |
| 9.06% | | 3,542 | | 8,204 | |
| 6.23% | 68.69% | 2,755 | | 9,749 | |
| 7.78% | | 6,297 (135,951) | 71.88% | 17,953 (124,295) | 87.38% |
| 10.53% | | 4,964 | | 13,759 | |
| 7.58% | 64.58% | 3,681 | | 12,386 | |
| 9.36% | | 8,645 (150,581) | 68.29% | 26,145 (133,081) | 83.58% |
| 11.33% | | 4,443 | | 8,770 | |
| 9.31% | | 777 | | 2,475 | |
| 11.06% | | 5,220 (84,402) | 61.75% | 11,245 | 87.45% |
| 10.67% | | 1,477 (21,598) | 60.42% | 2,904 | 87.41% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15.20% | 54.01% | 220 (2,613) | 58.55% | 439 | | 84.50% |
| 11.76% | | 6,662 | | 13,246 | | |
| 10.10% | 43.45% | 1,009 | | 3,810 | | |
| 11.45% | | 7,671 (74,752) | 47.91% | 17,056 | | 79.31% |
| | | 715 | | 2,334 | | |
| 12.26% | 34.56% | 102 | | 478 | | |
| | | 817 (9,638) | 37.49% | 2,812 | | 73.10% |
| 11.45% | | 1,441 | | 3,385 | | |
| 9.77% | | 1,899 | | 5,474 | | |
| 10.28% | 46.71% | 3,340 (30,029) | 51.91% | 8,859 | | 73.45% |
| 8.66% | 73.62% | 1,860 | | 2,414 | | |
| 8.49% | | 16,513 | | 38,040 | | |
| 10.16% | 36.95% | 480 | | 601 | | |
| 8.56% | | 18,853 (111,506) | 43.20% | 41,055 | | 68.51% |
| 8.23% | | 11,138 | | 20,549 | | |
| 8.46% | | 3,663 | | 10,966 | | |
| 7.08% | | 23,488 | | 26,066 | | |
| 7.67% | 46.69% | 38,289 (135,065) | 59.92% | 57,581 | | 66.78% |
| 11.30% | | 1,159 | | 2,138 | | |
| | | | | | | |
| | | (6,742) | 39.39% | | | 72.94% |
| 8.15% | | | | | | |
| 6.87% | 37.05% | | | 7,815 | | |
| 7.64% | | | | 3,475 | | |
| 6.36% | 50.50% | | | 11,290 | | 67.41% |
| 9.07% | 59.88% | | | 32,370 | | 81.07% |
| 7.11% | | | | 10,692 | | 81.19% |
| 5.66% | | | | 14,720 | | |
| 6.55% | 51.77% | | | 8,530 | | |
| 11.01% | 49.79% | | | 23,250 | | 80.55% |
| 5.94% | | | | 2,466 | | 79.52% |
| 5.64% | | | | 30,849 | | |
| 5.39% | | | | 4,912 | | |
| 5.68% | 41.55% | | | 20,428 | | |
| 5.62% | | | | 56,189 | | 73.97% |
| 7.78% | | | | 5,925 | | |
| 6.69% | 45.11% | | | 1,704 | | |
| | | | | 7,629 | | 68.24% |
| 5.58% | 40.23% | | | | | |
| 5.38% | | | | 529 | | 96.09% |
| 8.06% | 54.86% | | | 52,571 | | 54.82% |
| | | | | 16,725 | | |
| | | | | | | |
| | | | | 16,725 | | 74.32% |