# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Delaware Marketing Partners, LLC.  )
                                   )
                                   )
                        Plaintiff  )
             vs.                   )   No.      CA 04-263 Erie
Creditron Financial Services, Inc., et al  )
                                   )
                                   )
                       Defendants  )

HEARING ON   December 5, 2006   Motion Hearing (Doc. #81)

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

| Brett W. Farrar, Esq. | Craig A. Markham, Esq. |
| Charles Snyderman, Esq. | Matt Neiderman, Esq. |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun _____   Hearing Adjourned to _____

Hearing concluded C.A.V.   Stenographer ~~Ron Bench~~ Sondra Black
                          CD:   Index:

**WITNESSES**

For Plaintiff                        For Defendant

Motion to Compel is granted as to financial records listed in ¶ 26 of the Motion (a-n) as described in deposition testimony of Mr. Kiesel and Ms. Lombardozzi and as to #5 of the 3rd Set of Interrogatories that is to be supplemented, and is denied in all other respects.