# United States District Court

### For the Western District of Pennsylvania

Delvnra Marketing
_____
_____ **Plaintiff**

_vs._

Creditron Financial, et al.
_____

_____ **Defendant**

No. 04-263 Erie

**HEARING ON** 12/11/2006 Status Conference

**Before Judge** Magistrate Judge Baxter

Brett Farrac, Esg          Craig Markham, Esg

Charles Snyderman, Esg
_____        _____
**Appear for Plaintiff**                    **Appear for Defendant**

Hearing begun 9.00          Hearing adjourned to 9.08

Hearing concluded C. A. V.          Stenographer Sandra Black

### WITNESSES:

| For Plaintiff | For Defendant |
|---|---|

Outstanding discovery requests are due 1-3-07.
Discovery shall close February 28, 2007.
Motions for summary judgment shall be filed
before March 30, 2007. Opposition briefs shall be
filed before April 20, 2007.

C. Sander
Staff Atty.