IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff

            v.

CREDITRON FINANCIAL SERVICES,
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,
INC., a Pennsylvania corporation,

                Defendants

CA No.:  04-263

JUDGE McLAUGHLIN AND
MAGISTRATE JUDGE
   SUSAN PARADISE BAXTER

TRIAL BY JURY DEMANDED

**Electronically Filed**

## ORDER OF COURT

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED that Delaware Marketing Partners, LLC's Motion for Summary Judgment is GRANTED.  It is hereby ORDERED that judgment is entered against defendants for 28.57% of all gross revenues received by defendants in connection with the student loan program after October 31, 2002, together with prejudgment interest and post judgment interest.  Further, defendants are required to reimburse Delaware Marketing Partners, LLC for the start up costs that it improperly incurred.

    It is further ORDERED that defendants' Counterclaim is dismissed.

BY THE COURT:

_____, J.