IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                 Plaintiff

        v.

CREDITRON FINANCIAL SERVICES,
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,
INC., a Pennsylvania corporation,

                 Defendants

CA No.: 04-263

JUDGE McLAUGHLIN AND
MAGISTRATE JUDGE
   SUSAN PARADISE BAXTER

TRIAL BY JURY DEMANDED

**Electronically Filed**

## **DELAWARE MARKETING PARTNERS, LLC'S PRETRIAL STATEMENT**

### I.  **NARRATIVE STATEMENT**

Plaintiff, Delaware Marketing Partners, LLC, on or about January 16, 2004 filed this breach of contract action against Defendants, Creditron Financial Services, Inc. and Telatron Marketing Group, Inc., arising out of certain revenues associated with a Student Loan Origination and Marketing Agreement entered into between the parties.  The Agreement was drafted by Defendants, specifically Alfred D. Cavotto, the Chief Executive Officer of Creditron Financial Corporation and Telatron Marketing Group, Inc., and the President of Academic Lending Center/Financial Services, Inc.  The Agreement became effective September 1, 2002 and defines the parties' relationship.

Pursuant to the Agreement, the parties would work together to perform student loan acquisition services.  Each party was to receive a specified percentage of all gross revenues, i.e., commissions, received by the Defendants from the lenders who funded the student loans.  It was expressly agreed that Delaware Marketing Partners, LLC would be paid 28.57% of the gross

revenues received by the Defendants from lenders as compensation for its efforts under the contract. Simply put, in exchange for Delaware Marketing Partners' performance of marketing services, including but not limited to development of direct mail and telephone solicitation programs directed to the consolidation of student loans, Delaware Marketing Partners was entitled to 28.57% of every wire transfer that was received by Defendants beginning in October of 2002 as a result of the services performed under the Agreement.

Notwithstanding the clear terms of the Agreement, Defendants, and specifically Mr. Cavotto, unilaterally decided to not pay Delaware Marketing Partners, LLC any of the gross revenues due and owing. In fact, not once during the term of the Agreement did the Defendants pay to Delaware Marketing Partners, LLC the agreed upon 28.57% of the gross revenues or even disclose to Delaware Marketing Partners, LLC the actual amount of gross revenues received, despite the clear contractual mandate to do so.

Delaware Marketing Partners, LLC, on the other hand, fully complied with its contractual obligations to Defendants and provided services from the beginning of the contract through November 2003 under the assumption that it would be paid 28.57% of the gross revenues as compensation for its services. Prior to November 2003 Defendants did not advise Delaware Marketing Partners, LLC that Defendants did not intend to pay Delaware Marketing Partners, LLC for services rendered. Defendants could have asserted their right to terminate the Agreement, but did not do so and this caused Delaware Marketing Partners, LLC to continue to perform services under the belief that it would be paid the 28.57% of the revenues as agreed.

In reality, Defendants improperly and unilaterally diverted Delaware Marketing Partners, LLC's share of the gross revenues to the Defendants' own affiliates, parent companies or subsidiaries for the purpose of defrauding Delaware Marketing Partners, LLC and hindering and

delaying the collection of the monies due and owing to Delaware Marketing Partners, LLC. Defendants diverted funds generated and received under student loan programs that properly should have been distributed in accordance with the Agreement, including Delaware Marketing Partners, LLC.

Delaware Marketing Partners, LLC also paid for direct mail campaign costs for which it has not been reimbursed.

## II.    STATEMENT OF DAMAGES CLAIMED

Delaware Marketing Partners, LLC is seeking $3,764,908.93 in this action.  The majority of this amount, apart from direct mailing costs, is calculated by multiplying the total amount of gross revenues received by the Defendants from lenders as compensation under the student loan program by 28.57%, the percentage of revenue of the gross revenues to be paid to Delaware Marketing Partners, LLC for its services under the Student Loan Origination and Marketing Agreement.   Delaware Marketing Partners, LLC also seeks reimbursement for direct mail campaign costs totaling $64,964.92.

## III.   LIABILITY/DAMAGE   WITNESSES   THAT   DELAWARE   MARKETING PARTNERS, LLC. EXPECTS TO PRESENT

1.    Harry E. Metcalfe
      519 High Park Circle
      Lincoln University, PA            Liability/Damages

2.    Alan Estes
      115 Interlocking Court
      Avendale, PA                      Liability/Damages

3.    Brian Nelson
      65 West Ridge Boulevard
      Hockessin, DE                     Liability/Damages

4.    Alfred D. Cavotto
      1208 St. Mary's Drive
      Erie, PA                          Liability/Damages

5.      Joyce Cavotto
        1208 St. Mary's Drive
        Erie, PA                                    Liability/Damages

6.      Katherine Lombardozzi
        1115 West 37th Street
        Erie, PA                                    Liability/Damages

7.      Mark Kisiel
        3844 Hereford Road
        Erie, PA                                    Liability/Damages

8.      Terry Smith
        2948 West 24th Street
        Erie, PA                                    Liability/Damages

9.      Trisha Desanti-Boehm
        4283 Allison Avenue
        Erie, PA                                    Liability/Damages

10.     Records Custodian
        Brazos Student Finance Corporation/
        Brazos Higher Education Service Corp., Inc.
        2600 Washington Avenue
        Waco, TX                                    Damages

11.     Records Custodian
        Direct Main Credit Date, Inc. d/b/a
        Choice Point Precision Marketing
        3 Riverside Drive
        Andover, Massachusetts                      Liability/Damages

## IV.    LIABILITY/DAMAGE WITNESSES THAT DELAWARE MARKETING PARTNERS, LLC. MAY PRESENT IF THE NEED ARISES

1.      Records Custodian
        AES/PHEAA
        1200 North 7th Street
        Harrisburg, PA                              Damages

2.      Any and all liability, damage and expert witnesses identified in Defendants' Pretrial
        Statement(s)

3.      Any witness necessary to offer rebuttal testimony

4

4.  Any witness necessary to offer impeachment testimony

5.  Any other witness having any other information relevant to this case that may be revealed in further investigation, discovery or the course of trial

6.  Any witness (liability or damage) identified in depositions or discovery responses is incorporated by reference

7.  With regard to testimony that may be presented by Defendants from deposition transcripts taken during the course of discovery, Delaware Marketing Partners. LLC reserves the right to present any additional deposition testimony from said transcripts if the need arises

## V.   EXHIBITS EXPECTED TO BE OFFERED

Delaware Marketing Partners, LLC expects to offer the following exhibits at the time of trial:

| Defendant Trial Ex. No. | Exhibit Description |
|---|---|
| 1. | Student Loan Origination and Marketing Agreement dated September 1, 2002 |
| 2. | Email from Alan Estes to Terry Smith dated January 7, 2003, regarding estimated mail campaign performance |
| 3. | Email from Alan Estes to Joyce Cavotto and others dated December 19, 2002 |
| 4. | Email from Alan Estes to Terry Smith dated January 3, 2003, regarding direct mail campaign |
| 5. | Email from Harry Metcalfe to Terry Smith and Joyce Cavotto dated March 27, 2003, regarding suppression of file request |
| 6. | Email from Terry Smith to Brian Nelson and Alan Estes dated October 22, 2003, with string emails attached regarding examples and suppression file |
| 7. | Email from Brian Nelson to Trisha Desanti-Boehm dated December 22, 2003, regarding weekly remuneration issues with string email attached |
| 8. | Email from Brian Nelson to Trisha Desanti-Boehm dated December 12, 2003, regarding weekly remuneration issues |
| 9. | Email from Brian Nelson to Joyce Cavotto dated November 12, 2003, regarding modified reconciliation document with attachments |
| 10. | Cover letter from Joyce Cavotto to Harry Metcalfe and Brian Nelson dated November 10, 2003, with attached ALC-Delaware Marketing Group Revenue Analysis, September 2002 through October 2003 |
| 11. | Email from Brian Nelson to Joyce Cavotto dated October 29, 2003, with attached string emails regarding PHEAA processing of loans |
| 12. | Email from Harry Metcalfe to Joyce Cavotto and Terry Smith dated April 25, 2003, regarding contract revisions |

| 13. | Email from Harry Metcalfe to Al Cavotto dated April 9, 2003 |
|-----|-------------------------------------------------------------|
| 14. | Email from Alan Estes to Joyce Cavotto dated December 19, 2002, regarding Thursday meeting |
| 15. | Email from Joyce Cavotto to Alan Estes dated December 19, 2002, regarding Thursday meeting |
| 16. | Email from Harry Metcalfe to Joyce Cavotto dated January 24, 2003, regarding contract revisions |
| 17. | Email from Harry Metcalfe to Joyce Cavotto and Terry Smith dated March 4, 2003, regarding revised mail proposal with attachment regarding mail campaign proposal |
| 18. | Email from Harry Metcalfe to Joyce Cavotto dated March 27, 2003, regarding data |
| 19. | Email from Joyce Cavotto to Alan Estes dated May 22, 2003, regarding May 29 with attached string emails |
| 20. | Delaware Marketing Partners' Data Requirements |
| 21. | Email from Al Cavotto to Harry Metcalfe dated August 8, 2003, regarding GMAC offer and Brazos Agreement with attached string emails |
| 22. | Email from Harry Metcalfe to Joyce Cavotto dated August 11, 2003, regarding GMAC with attached string emails |
| 23. | Email from Harry Metcalfe to Joyce Cavotto dated May 29, 2003, regarding call topics with attached string email |
| 24. | Email from Joyce Cavotto to Harry Metcalfe dated May 2, 2003, regarding HEAL pricing |
| 25. | Email from Joyce Cavotto to Harry Metcalfe dated August 8, 2003 |
| 26. | Email from Harry Metcalfe to Terry Smith dated May 22, 2003, regarding list |
| 27. | Email from Harry Metcalfe to Terry Smith and Joyce Cavotto dated March 27, 2003, regarding suppression file request |
| 28. | Email from Harry Metcalfe to Joyce Cavotto, Alan Estes, Al Cavotto, and Terry Smith dated February 27, 2003, regarding Borrower Benefit Cost/Benefit Analysis with Cost Benefit attachment |
| 29. | Email from Alan Estes to Terry Smith dated January 10, 2003, regarding more info on direct mail campaign |
| 30. | Email from Brian Nelson to Trisha Desanti-Boehm dated December 26, 2003, regarding items from December 23, 2003, discussion |
| 31. | List of disbursements by ALC to Delaware Marketing Partners from dates November 30, 2002, through December 15, 2003, and monies received by ALC from Delaware Marketing Partners dated November 14, 2002 |
| 32. | List of monies received by ALC from Brazos between October 30, 2002, through January 9, 2004 |
| 33. | Spreadsheet provided by Brazos reflecting monies paid to Creditron Financial Services, Inc. and the IRS from dates between October 8, 2002, through September 17, 2004, totalling $16,308,094.30 |

| 34. | Correspondence from Brazos Higher Education Service Corporation, Inc. to Mark Kisiel of Telatron Marketing Group regarding commission payments with attached documents relating to the sale of loans disbursed on the following dates:  May 14, 2003; May 21, 2003; March 5, 2003; March 19, 2003; April 23, 2003; May 28, 2003; June 18, 2003; July 9, 2003; July 30, 2003; August 6, 2003; August 13, 2003; August 20, 2003; August 27, 2003; September 3, 2003; September 10, 2003; September 17, 2003; September 24, 2003; October 1, 2003; October 8, 2003; October 22, 2003; October 29, 2003; November 5, 2003; November 12, 2003; November 19, 2003; November 26, 2003; December 3, 2003; December 10, 2003; December 17, 2003; and, December 31, 2003 |
|---|---|
| 35. | Letter to Joyce Covatto from Brian Nelson dated October 27, 2003, with attached invoicing |
| 36. | Brazos Higher Education Service Corporation Telatron Fee Summary dated December 12, 2002 |
| 37. | Brazos Higher Education Service Corporation Telatron Fee Summary dated December 18, 2002 |
| 38. | Email from Joyce Covatto to Brian Nelson dated October 29, 2003 |
| 39. | Email from Terry Smith to Brian Nelson dated January 13, 2004, regarding revised direct mail piece with attachment and attached string email |
| 40. | Fax from Alan Estes to Joyce Covatto dated April 16, 2003, regarding mail campaign expenses with attached invoicing |
| 41. | Email from Alan Estes to Terry Smith, Joyce Covatto and Al Covatto dated March 4, 2003, regarding mail created with attachment |
| 42. | Brazos Loan Origination and Loan Sale Brokerage Agreement |
| 43. | Correspondence from Brazos Higher Education Service Corporation, Inc. to Joyce Covatto dated June 20, 2003 |
| 44. | Email from Joyce Covatto to Trisha Desanti-Boehm dated June 26, 2003, regarding freeze of borrower benefits on consolidation loans |
| 45. | Email from Joyce Covatto to Al Covatto dated July 8, 2003, regarding borrower benefits with attached email string |
| 46. | Fax from Alan Estes to Terry Smith dated February 10, 2003, regarding CCPM invoices with attached invoicing |
| 47. | Email from Alan Estes to Joyce Covatto dated December 20, 2002, regarding Delaware Marketing Partners |
| 48. | Email from Alan Estes to Joyce Covatto dated December 30, 2002, regarding direct mail campaign |
| 49. | Email from Harry Metcalfe to Joyce Covatto dated May 7, 2003, regarding contract |
| 50. | Email from Alan Estes to Joyce Covatto, Al Covatto and Terry Smith dated January 16, 2003, regarding creative concept |
| 51. | Email from Harry Metcalfe to Joyce Covatto dated May 28, 2003, regarding call topics with attached document regarding Delaware Marketing Partners' data requirements |

| 52. | Email from Harry Metcalfe to Terry Smith dated July 22, 2003 |
|---|---|
| 53. | Email from Harry Metcalfe to Terry Smith dated September 2, 2003, regarding MB45151 |
| 54. | Email from Trisha Desanti-Boehm to Brian Nelson dated December 19, 2003, regarding weekly remuneration issues with attached email string |
| 55. | List of wires received by ALC from Brazos |
| 56. | Federal Tax Lien v. Creditron Financial Corporation filed 08/01/2002 in the amount of $246,778 [case number 30893-2002] |
| 57. | State Tax Lien vs Creditron Financial Services filed 11/12/2002 in the amount of $2,194 [case number 31345-2002] |
| 58. | State Tax Lien vs Creditron Financial Corporation filed 11/12/2002 in the amount of $70,038 [case number 31344-2002] |
| 59. | Federal Tax Lien vs Creditron Financial Corporation filed 11/25/2002 in the amount of $245,520 [case number 31396-2002] |
| 60. | State Tax Lien vs Creditron Financial Services filed 10/01/2003 in the amount of $12,822 [case number 31215-2003] |
| 61. | Email dated 11/14/02 from Alan Estes to Joyce Covatto |
| 62. | Email dated 12/19/02 from J.M. Covatto to Harry Metcalfe |
| 63. | Email dated 01/03/03 from Alan Estes to Terry Smith |
| 64. | Email dated 01/07/03 from Alan Estes to Terry Smith |
| 65. | Email dated 01/08/03 from Alan Estes to Terry Smith |
| 66. | Email dated 01/24/03 from Harry Metcalfe to J.M. Covatto |
| 67. | Email dated 01/24/03 from J.M. Covatto to Harry Metcalfe |
| 68. | Email dated 02/04/03 from Terry Smith to Alan Estes, Harry Metcalfe & Brian Nelson |
| 69. | Email dated 02/04/03 from Alan Estes to Terry Smith |
| 70. | Email dated 02/14/03 from Alan Estes to Brian Nelson & Harry Metcalfe |
| 71. | Email dated 02/27/03 from Harry Metcalfe to J.M. Covatto |
| 72. | Email dated 03/03/03 from Alan Estes to Terry Smith & Joyce Covatto |
| 73. | Email dated 03/04/03 from Harry Metcalfe to J.M. Covatto |
| 74. | Email dated 03/27/03 from Harry Metcalfe to Terry Smith |
| 75. | Email dated 03/27/03 from Harry Metcalfe to J.M. Covatto |

| 76. | Email dated 03/27/03 from Harry Metcalfe to Terry Smith & J.M. Covatto |
| 77. | Email dated 03/27/03 from Alan Estes to Terry Smith |
| 78. | Email dated 03/27/03 from Alan Estes to Terry Smith (different than above) |
| 79. | Email dated 03/28/03 from Harry Metcalfe to J.M. Covatto |
| 80. | Email dated 04/03/03 from J.M. Covatto to Harry Metcalfe |
| 81. | Email dated 04/04/03 from Dawn McCall to Harry Metcalfe |
| 82. | Email dated 04/07/03 from Harry Metcalfe to J.M. Covatto |
| 83. | Email dated 04/08/03 from Harry Metcalfe to J.M. Covatto |
| 84. | Email dated 04/09/03 from Dawn McCall to Harry Metcalfe |
| 85. | Email dated 04/09/03 from Harry Metcalfe to A.D. Covatto |
| 86. | Email dated 04/15/03 from Dawn McCall to Harry Metcalfe |
| 87. | Email dated 04/15/03 from Dawn McCall to Harry Metcalfe |
| 88. | Email dated 04/17/03 from J.M. Covatto to Harry Metcalfe |
| 89. | Email dated 04/22/03 from Harry Metcalfe to J.M. Covatto |
| 90. | Email dated 04/22/03 from J.M. Covatto to Harry Metcalfe |
| 91. | Email dated 04/22/03 from Harry Metcalfe to Trish DeSanti-Boehm |
| 92. | Email dated 04/22/03 from J.M. Covatto to Harry Metcalfe |
| 93. | Email dated 04/25/03 from Harry Metcalfe to J.M. Covatto |
| 94. | Email dated 04/28/03 from J.M. Covatto to Harry Metcalfe |
| 95. | Email dated 04/30/03 from Dawn McCall to Harry Metcalfe |
| 96. | Email dated 05/02/03 from Harry Metcalfe to Terry Smith |
| 97. | Email dated 05/02/03 from Harry Metcalfe to J.M. Covatto & Terry Smith |
| 98. | Email dated 05/02/03 from Harry Metcalfe to Alan Estes & Brian Nelson |
| 99. | Email dated 05/05/03 from Harry Metcalfe to Alan Estes & Brian Nelson |

| 100. | Email dated 05/06/03 from Terry Smith to Harry Metcalfe |
| 101. | Email dated 05/07/03 from Harry Metcalfe to Terry Smith |
| 102. | Email dated 05/08/03 from Trish DeSanti-Boehm to Harry Metcalfe |
| 103. | Email dated 05/09/03 from Harry Metcalfe to Terry Smith |
| 104. | Email dated 05/12/03 from Harry Metcalfe to J.M. Covatto |
| 105. | Email dated 05/19/03 from Terry Smith to Harry Metcalfe |
| 106. | Email dated 05/19/03 from Alan Estes to Terry Smith |
| 107. | Email dated 05/19/03 from Brian Nelson to Terry Smith |
| 108. | Email dated 05/20/03 from Harry Metcalfe to J.M. Covatto |
| 109. | Email dated 05/20/03 from J.M. Covatto to Harry Metcalfe |
| 110. | Email dated 05/22/03 from J.M. Covatto to Alan Estes |
| 111. | Email dated 05/22/03 from J.M. Covatto to Harry Metcalfe |
| 112. | Email dated 05/26/03 from Harry Metcalfe to J.M. Covatto |
| 113. | Email dated 05/28/03 from Harry Metcalfe to J.M. Covatto |
| 114. | Email dated 05/28/03 from Terry Smith to Harry Metcalfe |
| 115. | Email dated 05/29/03 from Harry Metcalfe to Terry Smith |
| 116. | Email dated 05/29/03 from Brian Nelson to Terry Smith |
| 117. | Email dated 05/30/03 from Harry Metcalfe to Terry Smith |
| 118. | Email dated 05/30/03 from Terry Smith to Harry Metcalfe |
| 119. | Email dated 06/03/03 from Harry Metcalfe to J.M. Covatto |
| 120. | Email dated 06/08/03 from Harry Metcalfe to J.M. Covatto |
| 121. | Email dated 06/11/03 from Harry Metcalfe to J.M. Covatto |
| 122. | Email dated 06/13/03 from Dawn McCall to Harry Metcalfe |
| 123. | Email dated 06/13/03 from Harry Metcalfe to Dawn McCall |

| 124. | Email dated 06/18/03 from Harry Metcalfe to J.M. Covatto |
| 125. | Email dated 06/20/03 from Harry Metcalfe to J.M. Covatto |
| 126. | Email dated 06/23/03 from Harry Metcalfe to J.M. Covatto |
| 127. | Email dated 06/25/03 from Harry Metcalfe to J.M. Covatto |
| 128. | Email dated 06/27/03 from Harry Metcalfe to J.M. Covatto |
| 129. | Email dated 06/27/03 from J.M. Covatto to Harry Metcalfe |
| 130. | Email dated 07/01/03 from Harry Metcalfe to Terry Smith |
| 131. | Email dated 07/02/03 from Brian Nelson to Kevin Foley |
| 132. | Email dated 07/02/03 from Terry Smith to Harry Metcalfe |
| 133. | Email dated 07/02/03 from Terry Smith to Harry Metcalfe |
| 134. | Email dated 07/02/03 from Brian Nelson to Emily Schwing |
| 135. | Email dated 07/03/03 from Terry Smith to Harry Metcalfe |
| 136. | Email dated 07/07/03 from Harry Metcalfe to J.M. Covatto |
| 137. | Email dated 07/11/03 from Terry Smith to Harry Metcalfe |
| 138. | Email dated 07/14/03 from Terry Smith to Harry Metcalfe |
| 139. | Email dated 07/16/03 from Terry Smith to Harry Metcalfe |
| 140. | Email dated 07/18/03 from Harry Metcalfe to J.M. Covatto |
| 141. | Email dated 07/18/03 from J.M. Covatto to Harry Metcalfe |
| 142. | Email dated 07/18/03 from Harry Metcalfe to J.M. Covatto |
| 143. | Email dated 07/18/03 from J.M. Covatto to Harry Metcalfe |
| 144. | Email dated 07/18/03 from Harry Metcalfe to J.M. Covatto |
| 145. | Email dated 07/23/03 from Terry Smith to Harry Metcalfe |
| 146. | Email dated 07/27/03 from J.M. Covatto to Harry Metcalfe |
| 147. | Email dated 08/05/03 from Harry Metcalfe to J.M. Covatto |

| 148. | Email dated 08/06/03 from J.M. Covatto to Harry Metcalfe |
| 149. | Email dated 08/06/03 from Harry Metcalfe to J.M. Covatto |
| 150. | Email dated 08/06/03 from Harry Metcalfe to J.M. Covatto |
| 151. | Email dated 08/07/03 from Harry Metcalfe to J.M. Covatto |
| 152. | Email dated 08/08/03 from J.M. Covatto to Harry Metcalfe |
| 153. | Email dated 08/08/03 from A.D. Covatto to Harry Metcalfe |
| 154. | Email dated 08/11/03 from Harry Metcalfe to J.M. Covatto |
| 155. | Email dated 08/21/03 from Harry Metcalfe to J.M. Covatto |
| 156. | Email dated 08/26/03 from Harry Metcalfe to J.M. Covatto |
| 157. | Email dated 08/22/03 from Terry Smith to Harry Metcalfe |
| 158. | Email dated 08/26/03 from Harry Metcalfe to J.M. Covatto |
| 159. | Email dated 09/05/03 from Harry Metcalfe to J.M. Covatto |
| 160. | Email dated 10/02/03 from J.M. Covatto to Harry Metcalfe |
| 161. | Email dated 10/06/03 from Terry Smith to Harry Metcalfe |
| 162. | Email dated 10/06/03 from Harry Metcalfe to J.M. Covatto |
| 163. | Email dated 10/14/03 from J.M. Covatto to Cathy Lombardozzi |
| 164. | Email dated 10/15/03 from Harry Metcalfe to J.M. Covatto |
| 165. | Email dated 10/22/03 from Terry Smith to Alan Estes & Brian Nelson |
| 166. | Email dated 10/22/03 from Sean Bebko to Terry Smith |
| 167. | Email dated 10/27/03 from J.M. Covatto to Harry Metcalfe |
| 168. | Email dated 10/29/03 from Terry Smith to Brian Nelson |
| 169. | Email dated 10/29/03 from J.M. Covatto to Brian Nelson |
| 170. | Email dated 11/03/03 from Terry Smith to Brian Nelson |
| 171. | Email dated 11/04/03 from Brian Nelson to Alan Estes & Harry Metcalfe |

| 172. | Email dated 11/04/03 from Kevin Foley to Brian Nelson |
|------|-------------------------------------------------------|
| 173. | Email dated 11/10/03 from J.M. Covatto to Harry Metcalfe |
| 174. | Email dated 11/11/03 from Brian Nelson to Joyce M. Covatto |
| 175. | Email dated 11/11/03 from Catherine Pei to Harry Metcalfe |
| 176. | Email dated 11/04/03 from Brian Nelson to Joyce Covatto |
| 177. | Email dated 11/12/03 from Brian Nelson to Joyce Covatto |
| 178. | Email dated 11/12/03 from Joyce Covatto to Brian Nelson |
| 179. | Email dated 12/01/03 from Brian Nelson to Trish DeSanti-Boehm |
| 180. | Email dated 12/02/03 from Trish DeSanti-Boehm to Brian Nelson |
| 181. | Email dated 12/03/03 from Alan Estes to Trish DeSanti-Boehm |
| 182. | Email dated 12/04/03 from Alan Estes to Marilyn Brogdon & Trish DeSanti-Boehm |
| 183. | Email dated 12/04/03 from Brian Nelson to Trish DeSanti-Boehm |
| 184. | Email dated 12/05/03 from Alan Estes to Marilyn Brogdon & Trish DeSanti-Boehm |
| 185. | Email dated 12/12/03 from Brian Nelson to Trish DeSanti-Boehm |
| 186. | Email dated 12/19/03 from Trish DeSanti-Boehm to Brian Nelson |
| 187. | Email dated 12/23/03 from Brian Nelson to Trish DeSanti-Boehm |
| 188. | Email dated 12/26/03 from Brian Nelson to Trish DeSanti-Boehm |
| 189. | Email dated 01/05/04 from Brian Nelson to Terry Smith |
| 190. | Invoice No. CS-3463-01.2 dated 05/06/03 - project 02-CS-168-DMO-3463 |
| 191. | Telatron Fee Summary Reports from Brazos |
| 192. | Emails regarding quality of customer lists between Creditron and ChoicePoint |
| 193. | Documentation of monies paid by Defendants and/or Brazos to the Internal Revenue Service |
| 194. | Defendants' Cash Book |
| 195. | Defendants' Cash Register/Journal |

| | |
|---|---|
| 196. | Defendants' General Ledger Transactions Book/Journal |
| 197. | Defendants' Transaction Detail Documents |
| 198. | Defendants' Wire Transfer Book |
| 199. | Defendants' Chart of Accounts |
| 200. | Defendants' Fixed Assets Ledger |
| 201. | Academic Lending Center's Excel file reflecting funds transferred to Defendants by Brazos |
| 202. | Documentation reflecting funds transferred to Defendants by Brazos |
| 203. | Statements and Balance Sheets given to Al Covatto and Joyce Covatto reflecting monies provided to Defendants by Brazos |
| 204. | Spreadsheets reporting loans funded by Academic Lending Center |
| 205. | Bank account records for accounts of Creditron Financial Services, Inc., Telatron Marketing Group, Inc., and Academic Lending Center |
| 206. | Checkbook records and checks for accounts of Creditron Financial Services, Inc., Telatron Marketing Group, Inc., and Academic Lending Center |
| 207. | Documents regarding Mr. Covatto directing the Financial Control Department to transfer funds from one Defendant to another entity for purposes of payment of expenses |
| 208. | Work orders for names based upon Delaware Marketing Partners, LLC criteria |
| 209. | Processing instructions and data processing management documentation |
| 210. | Documentation regarding development of direct mail campaign product |
| 211. | Samples of direct mail pieces |
| 212. | Email between Delaware Marketing Partners, LLC and Agency regarding direct mail campaign mailings, timing and quantity |
| 213. | Contracts of third party credit bureau entities |
| 214. | Email between Delaware Marketing Partners, LLC, ChoicePoint, and Creditron regarding contracts |
| 215. | Documentation surrounding Equifax attributes and identification of Sallie Mae tradelines |
| 216. | Correspondence regarding scripting recommendations |
| 217. | Emails regarding Borrower Cost Benefit Analysis and excel sheet |
| 218. | Email and correspondence regarding alternative liquidity providers, including GMAC ELF and Wachovia/Educaid |

14

| 219. | Email data requests and evaluation of calling performance |
|------|-----------------------------------------------------------|

## VI.    EXHIBITS THAT MAY BE OFFERED IF THE NEED ARISES

1.    Any and all exhibits identified in any Pretrial Statement(s) filed on behalf of any party to this action

2.    Any and all pleadings filed in this case are incorporated by reference

3.    All discovery documents in this case, including transcripts of depositions taken in this matter and exhibits, as well as responses to interrogatories, are incorporated by reference

4.    All attachments to discovery documents in this case are incorporated by reference

## VII.    LEGAL ISSUES TO BE ADDRESSED AT THE FINAL PRETRIAL CONFERENCE

Delaware Marketing Partners, LLC anticipates the filing of Motions in Limine with regard to testimony and documentation which may be offered by Defendants given the denial of Delaware Marketing Partners, LLC's Motion for Summary Judgment with respect to its breach of contract claim.

## VIII.    RESERVATION OF RIGHTS

Delaware Marketing Partners, LLC reserves the right to amend this Pretrial Statement a well as all documentation which may have not been secured to date though has been reasonably sought after.

Delaware Marketing Partners, LLC reserves the right to object to any exhibit identified by Defendants in its Pretrial Statement.

Delaware Marketing Partners, LLC reserves the right to amend and/or supplement this Pretrial Statement up to and including trial as it becomes necessary and with prompt notice to all parties.

Delaware Marketing Partners, LLC hereby reserves the tight to call witnesses or introduce evidence not herein listed as the same becomes necessary for purposes of rebuttal and/or impeachment in the trial of this matter.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By ___ s/ Steven W. Zoffer _____
   Steven W. Zoffer, Esq.
   PA. I.D. #62497
   szoffer@dmclaw.com
   Brett W. Farrar, Esq.
   PA. I.D. #79217
   bfarrar@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax

Attorneys for Plaintiff