MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

Delaware Marketing )
)
)
         Plaintiffs, )
)
   Vs. )   Case No. CA 04-263 E
)
Creditron )
)
)
         Defendants. )

HEARING ON  Obj. to R&R

Before Judge  Sean J McLaughlin

Held on  7-20-07

Brett Farrar                              Craig Markham

Appear for Plaintiff                      Appear for Defendant

Hearing begun  9:54 am            Hearing adjourned to  11 40 am

Hearing concluded C.A.V. _____    Stenographer  Sondra Black

                                  Clerk  n/a

WITNESSES:

Oral Order the MJ R&R is adopted w/ the exception that the π M.SJ is GRANTED; Count II of Counterclaim is Dismissed for reasons set forth on the record.

PT Conf set for 8-30-07 @ 10 am
Jury selection/trial 9-4-07 @ 9 am