IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                    Plaintiff          CA No.:  04-263

            v.                         JUDGE McLAUGHLIN AND
                                       MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,            SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,              TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,
                                       **Electronically Filed**
                    Defendants


**MOTION FOR LEAVE TO FILE SUPPLEMENTAL PRETRIAL STATEMENT**

        AND NOW, comes Delaware Marketing Partners, LLC, by and through its attorneys,

Dickie, McCamey & Chilcote, P.C., and files the following Motion for Leave averring as

follows:

        1.      On July 16, 2007 Plaintiff filed its Pretrial Statement in this matter.

        2.      Plaintiff seeks to supplement its Pretrial Statement by identifying three additional

documents in its list of exhibits expected to be offered.

        3.      Defendants will not be prejudiced by the addition of these documents to the

Pretrial Statement.

        4.      The Exhibits are identified as Exhibits 220, 221 and 222 in the Supplemental

Pretrial Statement.

WHEREFORE, Delaware Marketing Partners, LLC respectfully request that this Court permit it to file a Supplemental Pretrial Statement as identified hereto as Exhibit A.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By ____s/ Brett W. Farrar_____
Steven W. Zoffer, Esq. (PA. I.D. #62497)
szoffer@dmclaw.com
Brett W. Farrar, Esq. (PA. I.D. #79217)
bfarrar@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax

Attorneys for Plaintiff