IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                    Plaintiff        CA No.:  04-263

            v.                  JUDGE McLAUGHLIN AND
                                    MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,    SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,        TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                **<u>Electronically Filed</u>**
                    Defendants

**<u>DELAWARE MARKETING PARTNERS, LLC'S
SUPPLEMENTAL PRETRIAL STATEMENT</u>**

      AND NOW, comes Delaware Marketing Partners, LLC, by and through its attorneys,

Dickie, McCamey & Chilcote, P.C., and files the following Supplemental Pretrial Statement:

**V.      EXHIBITS EXPECTED TO BE OFFERED**

      Delaware Marketing Partners, LLC expects to offer the following exhibits at the time of
trial:

| Defendant Trial Ex. No. | Exhibit Description |
|---|---|
| 220. | List of leads supplied by Delaware Marketing Partners, LLC for calling and direct mail promotions. |
| 221. | ALC aging reports. |
| 222. | PHEAA records showing funding of loans. |

*EXHIBIT A*

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By    s/ Brett W. Farrar
    Steven W. Zoffer, Esq. (PA. I.D. #62497)
    szoffer@dmclaw.com
    Brett W. Farrar, Esq. (PA. I.D. #79217)
    bfarrar@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax

Attorneys for Plaintiff

2