IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | |
| Plaintiff | CA No.: 04-263 |
| v. | JUDGE McLAUGHLIN AND MAGISTRATE JUDGE SUSAN PARADISE BAXTER |
| CREDITRON FINANCIAL SERVICES, INC, a Pennsylvania corporation, and, TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | TRIAL BY JURY DEMANDED |
| | **Electronically Filed** |
| Defendants | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED that Delaware Marketing Partners, LLC's Motion for Leave is GRANTED. Delaware Marketing Partners, LLC shall file its Supplemental Pretrial Statement within three days from the date of this Order.

BY THE COURT:

_____, J.