IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff                CA No.:  04-263

         v.                         JUDGE McLAUGHLIN AND
                                          MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,      SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,        TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                          **Electronically Filed**

              Defendants

## **ORDER OF COURT**

      AND NOW, this ___ day of _____, 2007, it is hereby ORDERED that Delaware Marketing Partners, LLC's Motion for Leave is GRANTED.  Delaware Marketing Partners, LLC shall file its Supplemental Pretrial Statement within three days from the date of this Order.

                                          BY THE COURT:

                                          _____, J.