IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

                Plaintiff            CA No.: 04-263

         v.                      JUDGE McLAUGHLIN AND
                                         MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES,     SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,         TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

                                         **Electronically Filed**
                Defendants

**DELAWARE MARKETING PARTNERS, LLC'S
SUPPLEMENTAL PRETRIAL STATEMENT**

     AND NOW, comes Delaware Marketing Partners, LLC, by and through its attorneys,

Dickie, McCamey & Chilcote, P.C., and files the following Supplemental Pretrial Statement:

**V.**     **EXHIBITS EXPECTED TO BE OFFERED**

     Delaware Marketing Partners, LLC expects to offer the following exhibits at the time of trial:

| Defendant Trial Ex. No. | Exhibit Description |
|---|---|
| 220. | List of leads supplied by Delaware Marketing Partners, LLC for calling and direct mail promotions. |
| 221. | ALC aging reports. |
| 222. | PHEAA records showing funding of loans. |

Respectfully submitted,
DICKIE, McCAMEY & CHILCOTE, P.C.

By ___s/ *Brett W. Farrar*___
   Steven W. Zoffer, Esq. (PA. I.D. #62497)
   szoffer@dmclaw.com
   Brett W. Farrar, Esq. (PA. I.D. #79217)
   bfarrar@dmclaw.com
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272 Telephone
(412) 392-5367 Fax
Attorneys for Plaintiff