# Charles Snyderman, P.A.

ATTORNEY AT LAW
STONEY BATTER OFFICE BUILDING
5301 LIMESTONE ROAD, SUITE 214
WILMINGTON, DELAWARE 19808

Phone: (302) 239-1140
Fax: (302) 239-2124

Please Visit Our Website:
www.lawyers.com/snyderman

January 9, 2004

**VIA FACSIMILE - (814) 864-3194**

Ms. Joyce M. Covatto
Telatron Marketing Group, Inc.
1545 West 38th Street
Erie, PA 16508

RE:   Delaware Marketing Partners

Dear Ms. Covatto:

I am the attorney for Delaware Marketing Partners ("DMP"). As you may know, Trish Desanti-Boehm has been communicating with Brian Nelson and other officers of DMP about the substantial debt owed by your company to DMP. Telatron is in material breach of its contractual obligation to make payments, has failed to honor its numerous promises to make good faith payments, and has missed today's deadline (set by Ms. Desanti-Boehm) for notifying Mr. Nelson of Telatron's position regarding the proposed Stipulation of Judgment. Under these circumstances, and pursuant to paragraph 10 of the Student Loan Origination and Marketing Agreement dated September 1, 2002, this letter constitutes written notice that DMP is hereby terminating that Agreement, effective immediately.

Please be advised that on Monday, January 12, 2004, I will be filing a lawsuit to recover the total amount owed and to obtain a detailed accounting of all gross revenues received by Telatron. In this connection, we intend to take all appropriate legal action against Telatron and Creditron, as well as their officers, in their individual capacity.

Very truly yours,

CHARLES SNYDERMAN

CS/rjb

cc:   Delaware Marketing Partners (via facsimile)