UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff | ) ) | C.A. No.: 04 - 263 Erie |
| v. | ) ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, | ) ) ) ) | |
| Defendants | ) | TRIAL BY JURY DEMANDED |

### **ORDER**

Upon consideration of Defendants' Motion in Limine, and the Plaintiff's Response thereto, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Plaintiff shall be and is hereby precluded from introducing at trial any evidence relating to or concerning its claim for compensation and/or commission on revenues received by the Defendants after January 9, 2004.

_____