IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELAWARE MARKETING PARTNERS,
LLC, a Delaware limited liability company,

      Plaintiff   CA No.: 04-263

   v.       JUDGE McLAUGHLIN AND
          MAGISTRATE JUDGE
CREDITRON FINANCIAL SERVICES, SUSAN PARADISE BAXTER
INC, a Pennsylvania corporation, and,
TELATRON MARKETING GROUP,  TRIAL BY JURY DEMANDED
INC., a Pennsylvania corporation,

          **Electronically Filed**
      Defendants

## PROPOSED POINTS FOR CHARGE

  AND NOW, comes Delaware Marketing Partners, LLC, by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and submits the following points for charge:

POINTS FOR BINDING INSTRUCTION

  1. A breach of contract occurs when a party to the contract fails to perform any contractual duty of immediate performance or violates an obligation, engagement, or duty and that breach is material. A breach does not have to be defined in a contract.

  Not every nonperformance, however, is to be considered a breach of contract. If you find that the nonperformance was immaterial, and thus the contract was substantially performed, you must also find that a breach of the contract has not occurred.

GRANTED _____  MODIFIED _____  DENIED _____

  2. Where one party to a contract breaches that contract, the other party may recover for those injuries that have been proved to you with reasonable certainty. Any compensation awarded for injury is termed "damages." Generally, the measure of damages is the sum that will compensate the plaintiff for the loss sustained. If you find that the defendant breached the

contract, you must then decide, based on the evidence the plaintiff has presented, what amount of money will compensate the plaintiff for those injuries that were a direct and foreseeable result of the breach, and that the parties could have reasonably foreseen with certainty at the time they made the contract.

GRANTED _____   MODIFIED _____   DENIED _____

3. If you find that the defendant breached the contract, then you must decide, based on the evidence the plaintiff has presented, the amount of money damages that will compensate the plaintiff for [his] [her] loss as a result of the breach. Your aim in calculating this amount should be to put the plaintiff, as nearly as possible, in the same position [he] [she] would have occupied had the contract been performed. In determining this amount, you should remember that the plaintiff is entitled to be reimbursed for the money [he] [she] actually paid out, in addition to all reasonable and proper expenses incurred as a result of the plaintiff's reliance on the contract.

GRANTED _____   MODIFIED _____   DENIED _____

    Respectfully submitted,
    DICKIE, McCAMEY & CHILCOTE, P.C.

By    *s/ Brett W. Farrar*
    Steven W. Zoffer, Esq.
    PA. I.D. #62497
    szoffer@dmclaw.com
    Brett W. Farrar, Esq.
    PA. I.D. #79217
    bfarrar@dmclaw.com
    Two PPG Place, Suite 400
    Pittsburgh, PA 15222-5402
    (412) 281-7272 Telephone
    (412) 392-5367 Fax

    Attorneys for Plaintiff