UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company,<br>           Plaintiff<br><br>           v.<br><br>CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation,<br>           Defendants | C.A. No.:  04 - 263 |

## **DEFENDANTS' PROPOSED JURY VOIR DIRE**

1. Defendants respectfully request that the prospective jurors be given the voir dire questions set forth in W.D. Pa. L.R. 47.1(B) and 47.1(C).

2. Have you or has any member of your immediate family worked for Telatron Marketing Group, Creditron Financial Services, Academic Learning Center, Delaware Marketing Partners or K2 Financial?

3. Do you suffer from any problem which would make it difficult for you to hear the testimony of witnesses or to read documents which are submitted into evidence?

4. Do you suffer from any medical problem which would make it difficult for you to sit as a juror in this case? The trial will require that you be available 9:00 a.m. until 4:45 p.m., with a lunch break and with one or two brief recesses each day.

5. Is there any substantial reason why you should not or cannot sit as a juror in this case?

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By  /s/ Craig A. Markham
    Craig A. Markham, Esquire
    Attorney for Defendants
    150 East Eighth Street
    Erie, Pennsylvania 16501
    (814) 456-4000