IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC., ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No. 04-263 Erie |
| ) | |
| CREDITRON FINANCIAL SERVICES, INC., ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, to wit, this 31st day of August, 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation.  It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record. nk