# United States District Court
For the Western District of Pennsylvania

Delaware Marketing )
)
)
Plaintiffs, )
)
Vs. ) Case No. 04-263 E
)
Creditron Financial )
)
)
Defendants. )

HEARING ON _Telephonic Status_

Before Judge _Sean J McLaughlin_

Held on _November 2, 2007_

Charles Synduman                    Craig Markham
Brett Farrar

Appear for Plaintiff                Appear for Defendant

Hearing begun  11:03 am             Hearing adjourned to  11:13

Hearing concluded C.A.V. _____     Stenographer  R Beich

                                    Clerk  n/a

WITNESSES:

Counsel will notify court as to Settlement Status.