UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE MARKETING PARTNERS, LLC, a Delaware limited liability company, <br>         Plaintiff <br><br> v. <br><br> CREDITRON FINANCIAL SERVICES, INC., a Pennsylvania corporation, and TELATRON MARKETING GROUP, INC., a Pennsylvania corporation, <br>         Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 04 - 263 Erie <br><br> Judge McLaughlin <br> Magistrate Judge Baxter <br><br><br><br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Creditron Financial Services, Inc. and Telatron Marketing Group, Inc., hereby appeal to the United States Court of Appeals for the Third Circuit from the Orders of July 20, 2007, August 30, 2007 and the Stipulated Judgment and Final Order entered on February 28, 2008, all of which were made final and appealable by the Stipulated Judgment and Final Order entered on February 28, 2008.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA


By  /s/ Craig A. Markham
   Craig A. Markham, Esquire
   Attorney for Defendants
   150 East Eighth Street
   Erie, Pennsylvania 16501
   camarkham@elderkinlaw.com
   (814) 456-4000